Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone: (480) 269-1529
steveserbalik@gmail.com
*Attorney for Aaron Cross and the Arizona Conference of Police and Sheriffs, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation, <br><br>  Plaintiffs, <br> v. <br><br> Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as a Captain of the Pima County Sheriff's Department. <br><br> Defendants. | NO. <br><br> **PROPOSED ORDER.** |

After reviewing Plaintiffs' Motion for a Preliminary Injunction:

THE COURT FINDS that Plaintiffs have a strong likelihood of success on the merits, that keeping Plaintiff Cross on administrative leave and under admonishment from discussing the fact that he was even on leave will cause Plaintiffs irreparable harm, and that the balance of equities and the public interest favor a preliminary injunction.

IT IS HEREBY ORDERED that Defendants will remove Plaintiff Cross from

1  administrative leave. IT IS FURTHER ORDERED that Plaintiff Cross is allowed to
2  discuss that he was on administrative leave and other matters of public concern until
3  further order of this Court.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28