# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, et al., | No. CV-24-00506-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| Chris Nanos, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion for Preliminary Injunction in this matter. (Doc. 2.) Unlike a temporary restraining order, preliminary injunctions require notice to the adverse party. *See* Fed. R. Civ. P. 65(a)–(b). Defendants have not been served; however, the Court finds expedited briefing is appropriate.

Accordingly, IT IS ORDERED:

1) Plaintiffs shall serve the summons, complaint, and a copy of this Order on Defendants no later than Wednesday, October 23, 2024, at 5:00 p.m. Plaintiffs shall file a Notice of Service indicating service was executed.

2) Defendants shall respond to the Motion for Preliminary Injunction on or before Friday, October 25, 2024, at 5:00 p.m.

3) This matter is set for oral argument on Monday, October 28, 2024, at 10:00 a.m. in front of the Hon. Raner C. Collins, Courtroom 6D, 405 W. Congress St., Tucson, Arizona, 85701.

Dated this 21st day of October, 2024.

Honorable Raner C. Collins
Senior United States District Judge