# EXHIBIT 1

PIMA COUNTY LAW ENFORCEMENT MERIT SYSTEM RULES                    Page 1
RULE XIV –  POLITICAL ACTIVITY                          Effective Date:  July 20, 1986

XIV-1  <u>GENERAL</u>

County employees shall not:

A.      Engage in political activity while on duty;

B.      Use any official authority or influence in any way to affect the result of any political election or nomination;

C.      Coerce any County employee to do anything in support of or against any party, committee, organization, agency or person for a political purpose;

D.      Discriminate in favor of or against any County employee or applicant because of such employee's or applicant's political contributions or activities.

# EXHIBIT 2

PIMA COUNTY LAW ENFORCEMENT MERIT SYSTEM RULES            Page 1
RULE XII –    DISCIPLINARY ACTIONS, ADMINISTRATIVE SUSPENSION
                  AND SPECIAL OBSERVATION            Effective Date: March 16, 2018

## XII–1 GENERAL

A. A disciplinary action is an action taken only for cause to correct inappropriate performance or other work-related behavior. The degree of disciplinary action shall relate to the gravity of the improper performance or conduct and the past performance and conduct of the employee. Progressive discipline, including counseling and other supervisory actions to improve conduct and performance, should be used whenever possible before taking disciplinary action.

Within six (6) months of taking disciplinary action, the supervisor shall conduct at least one (1) follow-up meeting with the employee to review progress on expectations set forth during the initial disciplinary discussion.

B. Any of the following constitute cause for disciplinary actions:

1. Fraud in securing appointment or securing or attempting to secure workers' compensation benefits;

2. Incompetency;

3. Inefficiency;

4. Neglect of duty;

5. Insubordination or willful disobedience, including conduct which is unruly;

6. Dishonesty;

7. Unlawfully possessing, dispensing or being under the influence of a narcotic, barbiturate, marijuana, or a tranquilizing or hallucinogenic drug, except in accordance with medical authorization, or in the lawful performance of the employee's regular assigned duties;

8. Being under the influence of alcohol on duty except in the lawful performance of the employee's duties;

9. Absence without leave;

10. Commission or conviction of a felony or of a misdemeanor involving moral turpitude, either of which would affect the employee's suitability for continued employment;

11. Discourteous treatment of the public;

12. Engaging in prohibited political activity;

13. Misuse of County Government property

XII – 1 B.  14. Misuse of County computers, County internet access, County email systems, or any other County electronic communication devices;

15. Seeking to obtain financial, sexual or political benefit from another employee with his/her consent induced by wrongful use of force or fear, or under color of official right;

16. Violation of the Rules of Conduct of Pima County and the Sheriff's Department Rules and Regulations;

17. Multiple wage garnishments;

18. Failure to maintain minimum qualifications for the position, failure to pass a required background check, or for failure to maintain licensing, certification or other requirements for the position currently held;

19. Any other improper conduct or performance which constitutes cause for disciplinary action.

XII–2   PRE-ACTION MEETINGS

A. When it is intended that a permanent employee be suspended, demoted, dismissed, administratively suspended without pay, or involuntarily terminated under Rule XI-10 B. and C., a meeting shall be held prior to the intended action, at which time the affected employee shall be given oral or written notice of the charges against him/her, an explanation of the Department's evidence, and an opportunity to respond to the charges.

B. The Sheriff or a designated Department Representative shall meet with the employee. The affected employee is entitled to be assisted by a person of the employee's choosing. The employee's assistant may not speak on behalf of the employee but may advise the employee throughout the duration of the meeting.

C. This meeting should be held upon reasonable notice to the employee and at a time when the employee is reasonably able to attend.

D. Any relevant information presented by the employee regarding the proposed action shall be considered, and the Department Representative shall thereafter make a recommendation to the Sheriff or designee to support, modify, or revoke the proposed action.

E. If the Sheriff determines that it is in the best interest of the County, any permanent employee may be placed on Administrative Leave with Pay pursuant to Personnel Policy 8-107 A.

XII–3   <u>TYPES OF DISCIPLINARY ACTIONS</u>

   A.   Informal disciplinary action may take one or more of the following forms:

      1.   <u>VERBAL COUNSELING</u>

      A supervisor may engage in verbal counseling with an employee at any time for problem resolution. If the verbal counseling is documented, the documentation shall be placed in the employee's department personnel file. Verbal counseling is neither grievable nor appealable.

      2.   <u>LETTER OF COUNSELING</u>

      The Sheriff or designee may issue a Letter of Counseling to an employee at any time to correct or improve improper performance or conduct. The letter shall contain the specifics of the improper performance or conduct and shall be identified as a Letter of Counseling. A copy of the Letter of Counseling, with the employee's acknowledgment of receipt and any written response, shall be placed in the employee's department personnel file. A Letter of Counseling is neither grievable nor appealable.

      Informal discipline documentation shall be removed from the employee's department personnel file twelve (12) months following the date of issuance.  The department shall place the disciplinary document(s) in a separate file and retain them for the same period of time specified for the retention of department personnel files in state records retention requirements.

      Should the employee accept a position in another department, informal disciplinary documents previously removed from the employee's department personnel file shall be transferred to the new department in a file separate from the employee's department personnel file.

      Informal discipline that is more than twelve (12) months beyond issuance shall not be cited in, or considered a part of, further discipline.

   B.   Formal disciplinary action may be taken for serious incidents or repetitive improper performance or conduct, and may take one or more of the following forms:

      1.   <u>LETTER OF REPRIMAND</u>

      The Sheriff or designee may issue a Letter of Reprimand to admonish an employee. The letter shall contain the specifics of the improper performance or conduct and shall be identified as a Letter of Reprimand. A copy of the Letter of Reprimand with the employee's acknowledgment of receipt shall be placed in both the departmental personnel file and the employee's official personnel file.

PIMA COUNTY LAW ENFORCEMENT MERIT SYSTEM RULES              Page 4
RULE XII –    DISCIPLINARY ACTIONS, ADMINISTRATIVE SUSPENSION
              AND SPECIAL OBSERVATION             Effective Date: March 16, 2018

XII-3  B.    2.   <u>SUSPENSION</u>

   a.  The Sheriff or designee may suspend without pay a permanent
       employee for a disciplinary reason. Permanent employees may be
       suspended for any appropriate length of time.

   b.  The Notice of Suspension without pay shall contain the specific
       reason(s) for the suspension in sufficient detail to inform the employee
       of the reason(s) for the action and shall advise the employee of the
       right to appeal the suspension to the Law Enforcement Merit System
       Council within ten (10) calendar days of presentation of notice.

   c.  The Notice of Suspension must be delivered to the employee prior to
       or no later than the effective date of the suspension. The date of receipt
       must be documented. Copies of the Notice of Suspension shall be filed
       with the Clerk of the Board of Supervisors and Human Resources.

   3.   <u>DEMOTION</u>

   a.  The Sheriff or designee may demote a permanent employee for a
       disciplinary reason as provided in Rule VIII, provided the employee
       meets the minimum qualifications of the demoted classification.

   b.  The Notice of Demotion shall contain the specific reason(s) for the
       demotion in sufficient detail to inform the employee of the reason(s) for
       the action and shall advise the employee of the right to appeal the
       demotion to the Law Enforcement Merit System Council within ten (10)
       calendar days of presentation of notice.

   c.  The Notice of Demotion must be delivered to the employee prior to or
       no later than the effective date of the demotion. The date of receipt
       must be documented. Copies of the Notice of Demotion shall be filed
       with the Clerk of the Board of Supervisors and Human Resources.

   4.   <u>DISMISSAL</u>

   a.  The Sheriff may dismiss a permanent employee for a disciplinary
       reason.

   b.  The Notice of Dismissal shall contain the specific reason(s) for the
       dismissal in sufficient detail to inform the employee of the reason(s) for
       the action and shall advise the employee of the right to appeal the
       dismissal to the Law Enforcement Merit System Council within ten (10)
       calendar days of presentation of notice.

PIMA COUNTY LAW ENFORCEMENT MERIT SYSTEM RULES          Page 5
RULE XII –    DISCIPLINARY ACTIONS, ADMINISTRATIVE SUSPENSION
                      AND SPECIAL OBSERVATION              Effective Date: March 16, 2018

XII-3  B.   c. The Notice of Dismissal must be delivered to the employee prior to or no later
                 than the effective date of the dismissal.  The date of receipt must be
                 documented.  Copies of the Notice of Dismissal shall be filed with the Clerk
                 of the Board of Supervisors and Human Resources.


XII – 4    ADMINISTRATIVE SUSPENSION

          Non-disciplinary Suspensions may be given to non-exempt employees without pay
          or with reduced pay by the Sheriff or designee under the following circumstances:

          A. In cases where an employee is charged with a felony or with another crime
             involving moral turpitude, or when it is deemed to be in the best interest of the
             County while an inquiry is being made into the conduct of the employee which
             may constitute cause for disciplinary action.

          B. An employee may be Administratively Suspended for up to thirty (30) business
             days. For extensions beyond thirty (30) business days, approval by the Law
             Enforcement Merit System Council is required.

          C. Subject to the provisions of subparagraph B., the employee may be suspended
             until the inquiry is completed and the employee is acquitted of the charges, the
             charges are dismissed, or the employee is otherwise exonerated.

          D. Notification shall be the same as for disciplinary Suspension.

          E. At the conclusion of the Suspension, the employee shall be returned to work with
             or without back pay, or advised of disciplinary or other action.

          F. The dismissal of charges or the acquittal of the employee shall not preclude
             further or subsequent disciplinary action.

          G. If the employee is exonerated after the investigation, and if the employee had
             been placed on Administrative Suspension without pay or with reduced pay, the
             employee shall be reinstated with all back pay and benefits.

XII – 5    SPECIAL OBSERVATION PERIOD

          A. An employee may be placed on a Special Observation Period for the purpose of
             closely monitoring the employee's performance or conduct during the specified
             period of time. The purpose of the Special Observation Period is to officially
             advise the employee that his/her conduct or performance shall be closely
             monitored for a specific period of time to ensure that the unacceptable
             performance or conduct does not continue. This need not be in conjunction with
             a disciplinary action.

B. The Notice of the Special Observation Period shall be provided to the employee in writing, upon the effective date, and shall specify the conduct involved, the purpose of the observation period, and the length of the period. The Notice of Special Observation shall be separate from any accompanying disciplinary action documentation. A copy of the Notice of Special Observation shall be placed in the employee's department personnel file and filed with Human Resources for placement in the employee's official personnel file.

C. At the end of the Special Observation Period, the employee's supervisor shall prepare a special performance evaluation report specific to the performance issue(s) monitored. A copy of the report shall be placed in the employee's department personnel file and filed with Human Resources.

D. Unsuccessful completion of the Special Observation Period or unacceptable performance or conduct during the Special Observation Period may result in disciplinary action.

## XII–6   EFFECTIVE DATE OF DISCIPLINARY ACTIONS

The demotion, suspension, or dismissal of an employee for a disciplinary reason shall be effective on the date stated in the notice even though the employee exercises the right of appeal.

# EXHIBIT 3

A.    <u>Administrative Leave</u>

Administrative leave with pay may be initiated for any one of the following four events:

1.    Upon approval of the Appointing Authority and the County Administrator, an employee may be granted administrative leave with pay when emergency situations exist such as extreme weather conditions, fire, flood, or malfunction of publicly owned or controlled machinery or buildings, making it hazardous or impossible for the employee to get to or perform at their workstation (providing alternate work or workstation has not been designated).

2.    An employee shall be granted administrative leave with pay upon the declaration of the Board of Supervisors that a state of emergency, disaster, or grief exists, and that such leave is to be granted.

3.    Administrative leave with pay may be given to an employee by the Appointing Authority when it is determined to be in the best interest of the County**,** except in the case of layoffs, which may require County Administrator approval.

a.    An employee may be placed on administrative leave with pay for up to thirty (30) business days.  For extensions beyond thirty (30) business days, County Administrator approval is required.

b.    The notification of administrative leave shall be delivered to the employee no later than five (5) business days after the effective date of the leave.  The notice shall contain the specific reason(s) for the leave in sufficient detail to inform the employee of the reason(s) for the action.  Prior to the commencement of administrative leave under this section, all County property, including County issued identification cards, access badges/key cards, keys, mobile devices, etc., shall be collected from the employee and retained by the department until the conclusion of the leave.

c.    At the conclusion of administrative leave, the employee shall be returned to work and advised of any appropriate action.

4.    Upon approval of the Appointing Authority, an exempt or non-exempt employee may be granted up to twenty-four (24) work hours of management leave with pay per fiscal year during their normally scheduled work days and work hours. The purpose of management leave is to recognize exceptional performance.  Requests for additional management leave must be submitted to the County Administrator for consideration and shall not be awarded to the employee(s) until approval is received.  Each

department shall provide the County Administrator with a report each fiscal year detailing all management leave that is awarded.  The report must indicate the department, each employee's name and position held, the reason leave is being granted and the dates and total hours of management leave awarded.  Management leave is non-accruable.

B.      Grievance/Appeal Activity Leave

Grievance/appeal activity leave applies to preparation and/or investigation of a grievance or appeal.

1.      A permanent employee shall be granted grievance/appeal activity leave with pay up to three (3) hours per grievance/appeal.  Grievance/appeal activity leave is limited to two (2) occurrences per fiscal year.  Time in excess of the three (3) hour limit shall be charged to some other type of leave and must be approved in advance.  Pursuant to Merit System Rule 13.1 D., this three (3) hour limit does not apply to those times when the employee is called to testify in a Human Resources grievance/appeal proceeding.

2.      An employee representative shall be granted grievance/appeal activity leave with pay up to three (3) hours per grievance/appeal, when requested for the purposes of investigation or representation on behalf of another employee, for grievances/appeals formally submitted to the appropriate authority.  Grievance/appeal activity leave is limited to two (2) occurrences per fiscal year.  Time in excess of the three (3) hour limit shall be charged to some other type of leave and must be approved in advance.

3.      Grievance/appeal activity leave is non-accruable and shall not be taken in increments of less than one (1) hour.

4.      Requests for grievance/appeal activity leave shall be made in writing at least three (3) business days in advance, unless conditions preclude such advance notice as determined by the Appointing Authority.

C.      Special Program Leave

1.      Upon approval of the Appointing Authority, an employee may be granted special program leave with pay.

2.      Special program leave applies only to those programs which have been approved by the County Administrator and/or Board of Supervisors for employee participation.

3.      Requests for special program leave shall be made in writing at least five (5)

business days in advance, unless conditions preclude such advance notice as determined by the Appointing Authority.

D.    César Chavez Remembrance Day Leave

1.    Upon proclamation of the Board of Supervisors, the fourth Monday in March shall be designated as a day of remembrance in honor of César Estrada Chavez, for his efforts in establishing the farm labor movement.

2.    Eligible employees, hired prior to the fourth Monday of March, shall be granted a day of administrative leave with pay.  This administrative leave day may be utilized anytime during the month of March.

3.    Only employees who are in pay status (i.e., not on any type of approved leave of absence) are eligible for the remembrance day.  The only exceptions are employees on intermittent FMLA or intermittent medical or victim leave or employees on modified duty workers' compensation who are actually working.

4.    Full-time employees shall be granted a single day of no more than eight (8) hours of paid time off.  Leave for other than full-time employees shall be paid in the same manner as the holiday benefit as set forth in Personnel Policy 8-102 F.

5.    Intermittent employees, as defined in Merit System Rule 1, are not eligible for this remembrance day leave.

E.    Bereavement Leave

All employees except Elected Officials, intermittent employees as defined in Merit System Rule 1 and temporary employees with less than six (6) months of service are eligible for bereavement leave.

1.    Upon approval of the Appointing Authority, an eligible employee may be granted paid bereavement leave for each occurrence in the case of the death of a family member.  For purposes of bereavement leave, "family member" is defined as an employee's spouse, mother, father, step-mother, step-father, grandparent, child, step-child, foster child, grandchild, brother, sister, father-in-law, mother-in-law, brother-in-law, sister-in-law, daughter-in-law, son-in-law, domestic partner or child of a domestic partner.  The employee must file an affidavit with the department in order to take bereavement leave for the death of the domestic partner or the child of a domestic partner once a calendar year or more often if a relationship has changed in that calendar year or must have a current affidavit on file with the Human Resources Department for the domestic partner or child of the

domestic partner enrolled under the County's health benefits plan.

2.      Paid bereavement leave shall be for a period of up to 24 hours per occurrence for the death of an eligible family member occurring within the State of Arizona, or up to 40 hours per occurrence for the death of an eligible family member where the death or services occur out of state. Employees must take bereavement leave within the first six (6) months following the death of an eligible family member. Hours need not be taken consecutively. Hours not taken within six (6) months of the death of an eligible family member shall be forfeited.

3.      Bereavement leave for other than full-time employees shall be paid in the same manner as the holiday benefit as set forth in Personnel Policy 8-102 F.

4.      Upon approval of the Appointing Authority, an eligible employee may use their sick leave, annual leave, compensatory time or unpaid leave under 8-108.F, when additional bereavement time is needed.

5.      An employee on an approved unpaid leave of absence as defined in 8-108.A. is not eligible for bereavement leave unless on intermittent FMLA or intermittent medical or victim leave and in pay status during the pay period when bereavement leave is requested.

6.      Bereavement leave may be used for the purpose of making funeral arrangements, settling family affairs, bereavement, and/or attending the funeral or memorial service of an eligible family member.

7.      The Appointing Authority or designee may require a death certificate, obituary, or documentation from the funeral home.

8.      Bereavement leave shall not be counted as hours worked for the purpose of computing overtime

F.   <u>Parental Leave</u>

1.      Upon approval of the Human Resources Department, eligible employees may be granted up to twelve (12) continuous work weeks of parental leave within the first twelve (12) weeks after the birth or adoption of a child. Parental leave will be paid at one hundred (100) percent of the employee's regular rate of pay in effect at the time the leave commences. Employees may request additional leave (beyond the twelve (12) weeks of parental leave) by applying compensatory time or annual leave as approved by their Appointing Authority. Where both parents are employed by the County, the parents are limited to a combined total of twelve (12) weeks of paid leave.

2.      Employees who currently serve in a position that is eligible for benefits and have been employed by the County for at least twelve (12) months prior to the birth or adoption of a child and commencement of the requested leave are eligible for parental leave.  Intermittent employees, as defined in Merit System Rule 1, are not eligible for parental leave.

3.      Requests for parental leave must be submitted to Human Resources-Leave Administration on the form specified by HR-Leave Administration at least thirty (30) days before the leave is expected to begin or as soon thereafter as possible.

4.      When both parents are County employees who meet eligibility guidelines, each is entitled to six weeks of parental leave.

5.      Appointing Authorities may not detail another employee into the position of an employee on parental leave and may not otherwise temporarily fill the position of an employee on parental leave.  Departments are not authorized to approve overtime costs for another employee to do the work of an employee on parental leave.  In exceptional circumstances, an Appointing Authority may request County Administrator approval to temporarily fill the position of an employee on parental leave.

6.      Payback provision:  Employees who fail to return to work for at least ninety (90) calendar days following the end of their approved parental leave agree to reimburse the County for the salary and benefits paid by the County for the period of parental leave.  This reimbursement requirement will be excused if the employee's failure to return to work is related to the onset, recurrence, or continuation of a serious health condition of the employee or the child.

7.      Parental leave is set out by Administrative Procedures which comply with this policy.

G.    Juneteenth Celebration Day Leave

1.      The 19th day of June each year is designated as a day of celebration of Juneteenth, to commemorate the emancipation of enslaved people in the United States.

2.      Eligible employees hired prior to June 19th shall be granted eight (8) hours of administrative leave with pay.  This administrative leave day may be utilized anytime during the month of June.

3.      Only employees who are in pay status (i.e., not on any type of approved leave of absence) are eligible for the celebration day.  The only exceptions

are employees on intermittent FMLA or intermittent medical or victim leave or employees on modified duty workers' compensation who are actually working.

4.    Full-time employees shall be granted a single day of no more than eight (8) hours of paid time off.  Leave for other than full-time employees shall be paid in the same manner as the holiday benefit as set forth in Personnel Policy 8-102 F.

5.    Intermittent employees, as defined in Merit System Rule 1, are not eligible for this celebration day leave.

# EXHIBIT 4

PIMA COUNTY PERSONNEL POLICIES                                          Page 1
8-119 -    RULES OF CONDUCT                        Effective Date: August 15, 2022

All County employees must observe the following basic work rule principles:

A.     Observe Personnel Policies and, for classified employees, Merit System Rules.

B.     Report to work on scheduled work days at the proper starting time and remain at assigned work station for the scheduled periods, unless permission to leave has been granted by the supervisor or Appointing Authority.

C.     Do not abuse County leave policies, departmental break, rest, or lunch periods.

D.     Be careful and considerate in the use of County property and equipment. Keep tools, machines, vehicles and other County property clean and in proper condition.

E.     Notify your immediate supervisor as required in these Policies if absence from assigned duties is necessary.

F.     Obtain County Administrator permission before soliciting, selling, passing petitions, or distributing or circulating written or printed matter of any description on County property. Employees may post written or printed material on employee bulletin boards without permission, provided such material is not detrimental to the County.

G.     Follow established safety practices and report any accidents to the supervisor.

H.     Cooperate in keeping the work site clean and sanitary.

I.     Carry out specific orders or instructions from the immediate supervisor or another employee in charge.

J.     Perform a full day's work in an efficient and professional manner in accordance with the methods and standards required by the County.

K.     Be responsive to the citizens of the County at all times while performing any duties which are related to County employment, or whenever representing the County in any capacity.

L.     Prepare all records and reports truthfully and completely.

M.     Establish and maintain effective working relationships with others and do not take part in harmful and/or malicious gossip.

N.     Report to the immediate supervisor all known mistakes, policy violations, or infractions of the Rules of Conduct.

O.     Report to the immediate supervisor any known willful damage, thievery, or unauthorized removal of County property.

P.    Do not engage in physical violence or threats of physical violence with fellow employees and the public.

Q.    Do not use abusive, profane, or obscene language or gestures or display obscene or offensive materials. Materials related to the health field which are determined to be of business necessity are excluded from this Policy.

R.    Do not make slurs and/or remarks concerning race, color, religion, national origin, age, disability, veteran status, genetic information, pregnancy, sex, gender identity, gender expression or sexual orientation.

S.    Treat all co-workers and general public in a courteous manner.

T.    Report to Human Resources any occurrence of arrest, notification of a pending charge, or conviction, no later than 5:00 p.m. on the next business day.

U.    Follow Pima County Procurement Policy regarding acceptance of gifts.

V.    Do not engage in unethical or illegal behavior with minors who are employed with the County or who participate in any County program or activity.

W.    Do not engage in practical jokes or other activities commonly referred to as 'horseplay'. Horseplay is defined as behavior, essentially without malice, and usually involves, for example, rough, boisterous or rowdy physical interaction such as tripping, grabbing, wrestling, or scuffling and may be inconsistent with ordinary and reasonable common sense safety rules.

X.    Do not misuse County email systems for the purpose of producing, distributing, or forwarding content that:

   1.    Is discriminatory, harassing, or disruptive which includes, but is not limited to, content that is sexually explicit, derogatory or abusive; threatening images; cartoons, jokes, or inappropriate or profane language;

   2.    Is demonstrably offensive, regardless of whether or not one or more recipients felt threatened, offended, or otherwise disturbed;

   3.    Is not County-related business which includes, but is not limited to, chain letters, stories, petitions, warnings, pictures, and/or programs;

   4.    Is sensitive, private, confidential or privileged which may include, but is not limited, to personnel matters or decisions, grievances and disciplinary actions; or

   5.    May create the appearance of inappropriate use.

Y.    Supervisory responsibilities include:

    1.    Ensuring that employees are informed regarding changes in County policy and working conditions.

    2.    Administering Pima County Merit System Rules, Personnel Policies and Administrative Procedures in a fair and equitable manner.

    3.    Ensuring that the work activity of subordinates is performed in an efficient manner and is of high quality.

    4.    Monitoring employee conduct for compliance with the Merit System Rules and Personnel Policies.

    5.    Modeling appropriate workplace behavior.

    6.    Distributing work in a fair and equitable manner, at the direction of their Appointing Authority.

Z.    Prohibited conduct - County employees shall not:

    1.    Hold financial or personal interests that could negatively impact the interest of the County.

    2.    Use or attempt to use their official positions or confidential information for financial gain or for personal advantage.

    3.    Permit themselves to be placed under any kind of personal obligation or allow themselves to be put in any kind of situation which could lead any person to expect official or personal favors.

    4.    Give preferential treatment to any private organization or individual.

    5.    Engage in any outside employment as defined in Personnel Policy 8-111 or outside activities, including seeking and negotiating for employment, that conflict with official and assigned County duties and responsibilities.

    6.    Perform any act in a private capacity which could be considered to be an official act.

    7.    Accept or solicit, directly or indirectly, anything of economic value such as a gift, gratuity, favor, service, entertainment, or loan, which may, or may not, appear to be designed to influence the employee's official conduct.  Specific provisions of vendor-related gift policies are set out in Board policies and Administrative Procedures.

8.      Directly or indirectly use or allow the use of County property of any kind, including property leased by the County, for other than official or assigned duties.

9.      Make a political contribution and/or solicit or collect political contributions for any candidates for any elected County office.

10.     Present to any County worksite, perform any County-related work tasks, or act in any capacity as a representative of the County while impaired by alcohol, marijuana, or any controlled substance, regardless of any valid and legal prescription from a doctor or authorized healthcare provider.

11.     Consume alcohol and/or ingest marijuana or drugs as identified in A.R.S. § 23-493, during unpaid or paid meal/breaks, on days they are assigned to and attend work.

# EXHIBIT 5



**PIMA COUNTY, ARIZONA**
BOARD OF SUPERVISORS POLICY

| Subject: **PERSONNEL ADMINISTRATION** **CLASSIFIED SERVICE / UNCLASSIFIED SERVICE** **POLITICAL AFFILIATION PROTECTION** | **Policy Number** | **Page** |
|---|---|---|
| | D 23.9 | 1 of 1 |

## PURPOSE

The purpose of this policy is to comply with the regulations applicable to the standards for a merit system of personnel administration as set forth by the Federal Office of Personnel Management and authorized in the Arizona Revised Statutes.

## BACKGROUND

Ordinance 1975-36 which established the Pima County Merit System included a very detailed reference to the protection to which employees were entitled while involved in political activities. As time passed, Pima County became more accustomed to merit system principles and the separation of political activities and employment expectations. In 1984, reference to the political activities was moved from the Ordinance into the body of the Merit System Rules.

On October 30, 1990, Resolution 1990-1992, and Policies C.2.1, D.23.3 and D.23.9 were passed that detailed prohibited Political Contribution Activities. On March 17, 1992, language and minutes of the 1990 meeting were revisited for clarification and the changes are now reflected in Policies C.2.1, D.23.3, and D.23.9 and Resolution 1992-46. Board of Supervisor Policy number D.23.9 includes the addition of "Unclassified Service" to subject heading. On April 17, 1992, the Board requested further clarification to the policies and resolution. The last sentences in the policy language are also added.

## POLICY

It is the policy of the Board of Supervisors that:

Employees have the right to participate in partisan political activities but those activities cannot influence or interfere with the conduct of official County business or activities. Notwithstanding this provision, County employees shall not a) make a political contribution and/or b) solicit or collect political contributions for any candidates for any elected County office. Nothing in this section shall prohibit Elected County officials from making contributions to political campaigns.

## REFERENCES

Ordinance No. 2000-81, 2000;
Title 2 of Pima County Code as amended
Pima County Merit System Rules
Pima County Personnel Policies
Arizona Revised Statutes §11-351, *et seq.*
Board of Supervisors Policy C.2.1 and D.23.9

Effective Date:   October 30, 1990
Revised Date:    July 7, 2009

# EXHIBIT 6



## Election Activities

**Do's:**

County employees <u>may</u>:

- Engage in political activities but those activities cannot influence or interfere with official County business or activities.  When engaging in political activity, employees must be:
    - o  Off Duty
    - o  Out of Uniform
- In accordance with Board of Supervisors' Policy, make contributions to any non-County elected official campaign. (Elected County officials may make contributions to any political campaign)
- Vote.
- Discuss in a staff meeting what employees can and cannot do.
- Put campaign signs or stickers on personal or private property and vehicles.

**Don'ts**

County employees <u>may not</u>:

- Use any County resources to advocate for or against or influence an election. Prohibited resources include: money, facilities, vehicles, postage, telecommunications, computer hardware or software, email, web pages, equipment, materials buildings or any other thing of value.
- While on duty, in uniform, or at public expense, no County employee can:
    - o  Campaign pro or con for any candidate or ballot question
    - o  Advertise for or against a candidate or ballot question
    - o  Provide political endorsements
- In accordance with Board of Supervisors' Policy, make, solicit or collect contributions for a candidate for County office.
- Use the authority of their position to influence the vote or political activities of any subordinate employee.
- Advocate for or against a candidate or ballot measure while on County time.

# EXHIBIT 7

Command Directive 2024-004          PAGE 1

# PIMA COUNTY SHERIFF'S DEPARTMENT
## COMMAND DIRECTIVE

### No. 2024-004

**SUBJECT:**      Approved Commissioned Uniform Specifications

**DIRECTED TO:**      Uniformed Commissioned Members

**AUTHORIZED BY:**

**Sheriff Chris Nanos**

**EFFECTIVE DATE:**      October 11, 2024

**NUMBER OF PAGES:**      16

This Command Directive rescinds Command Directive 2023-005. The purpose of this Command Directive is to update the model numbers for the uniformed commissioned members Class C 5.11 Tactical Duty Uniform (TDU) shirt for male/female and long sleeve/short sleeve.

I.     CLASS A and B UNIFORM

     A.     Shirts

         1.     Silver Tan in color, long and/or short sleeve

             a.     Horace Small "Deputy" shirt, 65% Polyester and 35% Rayon

             b.     Fechheimer (Flying Cross) "All weather deluxe tropical" shirt, style #19W6604, 65% Polyester and 35% Rayon, and 153R6604 (female) / 69R6604 (male).

             c.     Elbeco Classic "DutyMaxx" shirt, style #592, 80% Polyester and 20% Rayon.

         2.     Required accessories:

             a.     Department shoulder patch sewn on each sleeve one-quarter (¼) inch below and next to the sleeve head seams

        b.     Brass nameplate, that is approximately two and one-half (2 ½) inches by one-half (½) inch with black engraved No. 6 ratio lettering. Engraving shall consist only of the member's first and middle initials and last name.

        c.     Appropriate rank insignias

        d.     Badge

        e.     Gold or gold and black metal pens or pencils shall be worn in the pocket of the Class A uniform only

        f.     Longevity bar mark insignias, centered one (1) inch above the top of the left cuff on the long sleeve shirt

B.    Trousers

    1.    Horace Small, Heritage Trouser, shall consist of 55% Polyester and 45% Wool, in a Forest Green Heather.

    2.    Fechheimer "Flying Cross," style #32218, shall consist of 55% Polyester and 45% Wool, in a Forest Green Heather.

    3.    Fechheimer "Flying Cross," style #47425 (replaces style #49425), twill pant, shall consist of 65% Polyester and 35% cotton, in a Forest Green Heather.

    4.    Trousers will have a one (1) inch black stripe sewn over each of the outside leg seams beginning at the bottom of the belt loop and ending at the bottom of the trouser leg.

II.    CLASS C – UTILITY UNIFORM (authorized primary patrol uniform)

A.    The utility uniform consists of a two (2) piece BDU style pant and shirt (short or long sleeve). The shirt shall be khaki and the pant shall be OD green.

B.    The shirt shall be the 5.11 Tactical Duty Uniform (TDU), khaki in color; long sleeve is model #72250-162 (male) #62081-162 (female); short sleeve model #71095-162 (male), #61041-162 (female), or the 5.11 Stryke (TDU) shirt, silver tan in color, model #7207 or First Tactical V2 Pro shirt, khaki in color, when worn in conjunction with the exterior body armor carrier. First Tactical V2 Pro shirt long sleeve is model #111015 (male) #121015 (female); long sleeve/short sleeve tall is model #111015T (male) #112012T (female); short

sleeve shirt is model #112012 (male) #122012 (female).  V2 Pro shirt long sleeve is model #111015 (male) #121015 (female); long sleeve/short sleeve tall is model #111015T (male) #112012T (female); short sleeve shirt is model #112012 (male) #122012 (female).

1. Longevity insignias shall not be worn on the utility uniform.

2. Shoulder epaulets shall not be worn on the utility uniform.

3. Specialized unit insignia (embroidered or pin-on) shall not be worn on the utility uniform.

C. The pant shall be the 5.11 Flex-Tac Stryke pant, OD green in color, model #74369-190 (male) and #64386-190 (female).

D. Footwear shall be tan (including variations of tone by various vendors).

E. Required accessories:

1. The department shoulder patch shall be sewn on each sleeve one-quarter (¼) inch below and next to the sleeve head seams.

2. The department badge shall be embroidered on the left breast of the shirt; the bottom point of the star shall be centered on the left pocket, one-half (½) inch above the pocket.  The department badge shall be full color and not subdued.  (See IX.A of this Command Directive for the embroidered badge specifications.)

3. The last name of the member shall be embroidered in three-quarters (¾) inch block, black letters, one-quarter (¼) inch above the right pocket and centered.

4. A "SHERIFF" panel shall be sewn on the back of the shirt, five (5) inches down from the base of the collar, centered on the back.

5. Rank insignias:

a. Sergeant chevrons shall be sewn on each sleeve one-quarter (¼) inch below and centered on the shoulder patch where appropriate.

      b.     Commanders will have their appropriate rank insignia embroidered on the collar points of the shirt in black.

           (1)    Chief stars shall be oriented with the top point away from the front edge of the collar, and extended three-eighths (⅜) inch from the edge.

           (2)    Captain and lieutenant bars shall be oriented parallel to the front edge of the collar, and extended three-eighths (⅜) inch from the edge.

6.     Nylon gun belt and accessories

7.     Baseball style cap, watch cap, or other necessary headgear, may be worn as authorized.

F.    Class C Exterior Body Armor Carrier

1.     The exterior body armor carrier may be worn by commissioned members and weapons qualified corrections members as an alternative to the traditional wearing of body armor under the authorized uniform shirt.  Members opting not to utilize the exterior body armor carrier shall follow existing guidelines for the wearing of body armor with authorized uniforms.

2.     The exterior body armor carrier shall be the Point Blank ODC Endeavor #ODEM00BV0J silver tan outer carrier, manufactured by Point Blank.

3.     The Class C exterior body armor carrier shall be worn with the authorized Class C utility uniform or First Tactical V2 Pro shirt, khaki in color, or when required for members in plainclothes assignments.

4.     The department badge shall be embroidered on a silver tan square with velcro backing to be attached on the left breast panel on the exterior body armor carrier.  The department badge shall be full color and not subdued. (See IX.A of this Command Directive for the embroidered badge specifications.)

5.     The member's last name shall be printed in three-quarters (¾) inch block, black letters onto a silver tan material with velcro backing and attached to the upper right panel of the exterior body armor carrier.

6.     No additional patches, panels, insignia, devices, or decorations shall be worn on the exterior body armor carrier.

7.     A "SHERIFF" panel shall be worn on the front and back of the exterior body armor carrier, attached with velcro panels, centered on the available velcro panel integral to the exterior body armor carrier, supplied by the vendor.

   a.     Yellow "SHERIFF" lettering on OD green background shall be worn on the back panel.

   b.     Black "SHERIFF" lettering on tan background shall be worn on the front panel

8.     Members may attach up to five (5) authorized accessory attachments to the front of the exterior body armor carrier.  The authorized accessory attachments shall be tan in color, and match the material and color shade of the exterior body armor carrier.  The authorized accessory attachments are as follows:

   a.     Handcuff Pouch ~ Point Blank #PCHH0AC0J

   b.     Small Utility Pouch ~ Point Blank #PCHUP0AC0J

   c.     Flashlight Holder ~ Point Blank #PCHFL0AC0J

   d.     Radio Holder ~ Point Blank #PCHRD0AC0J

   e.     Taser 7 Holster

   f.     AR Rifle mag holder Safariland #774-215, may only be attached during situations where a member is deploying an authorized rifle.

   g.     Tourniquet

   h.     Department issued IFAK

9.     The Taser 7 holster shall be worn on the opposite side of the primary handgun.

G.   5.11 Stryke (TDU) shirt, silver tan in color, model #7207, or First Tactical V2 Pro shirt, khaki in color, may be worn in conjunction with the exterior body armor carrier.  The shirt may be either long or short sleeved, this is considered an extension of the Class C Utility Uniform.

There are two (2) authorized uniform shirts which may only be worn in conjunction with the exterior body armor carrier and are considered to be an extension of the Class C Utility Uniform:

1.   5.11 Stryke (TDU) shirt, silver tan in color, model #7207

a.   The shirt may be either long or short sleeved.

2.   First Tactical V2 Pro shirt, khaki in color:

a.   Long sleeve model #111015 for men and #121015 for women.

b.   Short sleeve model #112012 for men and #122012 for women.

c.   A tall version is available for men in long and short sleeve.

3.   Required accessories:

a.   The department shoulder patch shall be sewn on each sleeve one-quarter (¼) inch below and next to the sleeve head seams.

b.   The department badge shall be embroidered on the left breast of the shirt; the bottom point of the star shall be centered, one-half (½) inch above the material transition seam.  The department badge shall be full color and not subdued.  (See IX.A of this Command Directive for the embroidered badge specifications.)

c.   The member's last name shall be embroidered in three-quarters (¾) inch block, black letters, one and one-half (1 ½) inch above the material transition seam and centered on the right side of the shirt.

    d.    Rank insignias:

        (1)    Sergeant chevrons shall be sewn on each sleeve one-quarter (¼) inch below and centered on the shoulder.

        (2)    Commanders will have their appropriate rank insignia (in black) embroidered on the collar points of the shirt.

            (i)    Chief stars shall be oriented with the top point away from the front edge of the collar, and extended three-eighths (⅜) inch from the edge.

            (ii)    Captain and lieutenant bars shall be oriented parallel to the front edge of the collar, and extended three-eighths (⅜) inch from the edge.

        (3)    Commanders will have their appropriate rank insignia (in black) pinned on each lapel of the exterior body armor carrier.

            (i)    Chief stars shall be centered on each lapel on front of the exterior body armor carrier.

            (ii)    Captain and lieutenant bars shall be vertically oriented and centered on each lapel on front of the exterior body armor carrier.

  H.    The exterior body armor carrier may be removed for comfort while inside a secured facility.

## III.   TRAINING STAFF AND TRAINING PARTICIPANT UNIFORM

  A.    The training uniform consists of a BDU style pant and a department polo shirt (short or long sleeve).

    1.    The pant shall be the 5.11 Flex-Tac Stryke pant, OD green or khaki in color, model #74369-190/055 (male) and #64386-190/055 (female).

    2.    Green, desert tan, and black polo shirts with approved Pima County Sheriff's Department logo insignia may be worn.

    B.    Commissioned members who are instructing high-risk activities such as firearms, tactical driving, defensive tactics and/or other training activities where the instructor should be readily identifiable shall wear a red polo shirt (short or long sleeve) in place of the department polo shirt.

IV.    RANGE STAFF UNIFORM

    A.    The range members uniform consists of a BDU style pant and a red department polo shirt or tan 5.11 utility shirt (short or long sleeve).

        1.    The pant shall be the 5.11 Flex-Tac Stryke pant, OD green or khaki in color, model #74369-190/055 (male) and #64386-190/055 (female).

V.    TACTICAL UNIFORMS (SWAT, K-9, Bomb, Search and Rescue)

    A.    The tactical uniform consists of a two (2) piece, OD green, BDU style pant and shirt (short or long sleeve).

        1.    For operational uniform of regional tactical members, refer to Pima Regional SWAT Standard Operational Guidelines.

    B.    The Bomb Squad shirt shall be the 5.11 Tactical Duty Uniform (TDU), khaki in color.  Long sleeve is model #72002-162; short sleeve model #71339-162.  Required accessories shall be at the discretion of the Specialized Response Division Commander.

    C.    The Search and Rescue shirt shall be the "Olympic," model #CBP599 (long sleeve) and model #CBP515 (short sleeve), solid white in color.

    D.    The pant shall be the 5.11 Flex-Tac Stryke pant, OD green in color, model #74369-190 (male) and #64386-190 (female).

    E.    Required accessories:

        1.    The subdued department, Regional SWAT, Regional Bomb, or Canine shoulder patch shall be sewn on each sleeve.  The Regional SWAT, Bomb Squad, or Canine patch shall be sewn one (1) inch down from the sleeve head seam.  The subdued department shoulder patch shall be sewn on each sleeve one-quarter (¼) inch below and next to the sleeve head seams, unless otherwise authorized by the Specialized Response Division Commander.

2.  The department badge shall be embroidered on the left breast of the shirt; the bottom point of the star shall be centered on the left pocket, one-half (½) inch above the pocket. The department badge shall be full color and not subdued. (See IX.A of this Command Directive for the embroidered badge specifications.)

3.  The last name of the member shall be embroidered in three-quarters (¾) inch block, black letters, one-quarter (¼) inch above the right pocket and centered. For canine handlers, "K-9 Unit" shall be embroidered one-quarter (¼) inch above and centered on the name. For SWAT and Bomb members, "SWAT" or "Bomb Squad" shall be embroidered one-quarter (¼) inch above and centered on the name.

4.  A subdued "SHERIFF" panel will be sewn on the back of the shirt, five (5) inches down from the base of the collar, centered on the back.

5.  Rank insignias:

    a.  Subdued sergeant chevrons shall be sewn on each sleeve one-quarter (¼) inch below and centered on the shoulder patch where appropriate.

    b.  Commanders will have their appropriate rank insignia embroidered on the collar points of the shirt in black.

        (1)  Captain and lieutenant bars shall be oriented parallel to the front edge of the collar, and extended three-eighths (⅜) inch from the edge.

6.  Nylon gun belt and accessories.

7.  Baseball style cap, watch cap, or other necessary headgear requires authorization by the Specialized Response Division Commander.

VI.   BIKE PATROL UNIFORM

A.   Shorts/Pant:

1.  Forest green "Sporttiff" brand bicycling shorts with cargo pockets are exclusively authorized. Padded under shorts shall be black.

2.  "Olympic," model #OCP588, solid black, water resistant, Supplex cycling pant is exclusively authorized.

B.   Shirts:

    1.   Only collared, white pullover shirts are authorized.

    2.   "SHERIFF" shall be silk screened on the back in three (3) inch black, block lettering, centered on the back, four (4) inches below the line of the collar.

    3.   Required accessories:

        a.   Department badge shall be embroidered on the left breast. (See IX.A of this Command Directive for the embroidered badge specifications.)

        b.   Department shoulder patches shall be sewn on each sleeve, one-quarter (¼) inch below the seam.

        c.   The member's last name shall be embroidered in one-half (½) inch black, block lettering, on the right breast.

        d.   Sergeant's chevrons shall be sewn on each sleeve, one-quarter (¼) inch below and centered on the shoulder patch where appropriate

C.   Bike patrol jacket:

    1.   The black and tan "Olympic Eisenhower jacket," model #OEJ715 with water resistant Supplex material is exclusively authorized.

    2.   "SHERIFF" shall be silk screened on the back in three (3) inch black, block lettering, centered on the back, five (5) inches down from the base of the collar, centered on the back.

    3.   Required accessories:

        a.   Department shoulder patches shall be sewn on each sleeve, one-quarter (¼) inch below the seam.

        b.   The department badge patch shall be sewn on the left breast.

        c.   A cloth name tag, with the member's last name, shall be attached to the jacket by velcro on the right breast.

    D.    Only nylon gun belts and accessories are authorized with this uniform.

    E.    Only the authorized baseball hat is approved for wear when a bicycle helmet is not being worn.

VII.    MOTORCYCLE UNIFORMS

Commissioned members assigned to the Motorcycle Unit are authorized to wear the following uniforms:

    A.    Honor Guard Motorcycle Uniform

        1.    Footwear shall be black motorcycle boots manufactured by Danner or All American.

        2.    The shirt shall be the department authorized long sleeve Class A (see I.A.1) with service ribbons, black aiguillette, and black ascot.

        3.    Motorcycle breeches:

                Sinatra Manufacturing Motorcycle Pant, model #Br221, summer weight, in forest green, with a black and gold Honor Guard stripe

        4.    Leather articles are required

        5.    The authorized black Tourmaster jacket may be worn during cold or inclement weather and as directed by the Motorcycle Enforcement Unit supervisor.

        6.    The Honor Guard Uniform shall be worn as directed for ceremonial events while operating a department motorcycle.

    B.    Daily Wear Motorcycle Uniform

        1.    Footwear shall be black protective boots.  The issued boot shall be specifically designed for motorcycle operation.

        2.    The shirt shall be the department authorized Class C Utility Uniform (see II.B), to include required accessories.

        3.    Motorcycle pant shall be the Motoport "Police Air Mesh Kevlar Pant," green in color.

    4.    Motorcycle jacket shall be the Tourmaster "Flex LE," model #8703-1005-17, black in color or a lightweight reversible (black/safety yellow) jacket.

        a.    Required accessories:

            (1)    Department shoulder patch sewn on each shoulder

            (2)    Department badge patch on left breast of jacket

            (3)    A "SHERIFF" panel shall be sewn on the back of the jacket, five (5) inches down from the base of the collar, centered on the back.

            (4)    Cloth name tag sewn on right breast of jacket, it shall be approximately four (4) inches by one (1) inch in size, and be black with gold three-eighths (⅜) inch block lettering. The tag shall be embroidered on the tape containing the member's last name.

        b.    Sergeant's chevrons where applicable

        c.    Lightweight reversible jacket – all department patches as listed above shall be sewn on the black side of the jacket. The department shoulder patches and badge patch shall also be sewn on the safety yellow side. Additionally, "SHERIFF" will be screened in reflective material on the back of the safety yellow side of the jacket along with strips of reflective material. The jacket may be worn with the safety yellow side out as dictated by environmental or operational factors.

    C.    Motorcycle Enforcement Unit members are authorized to wear the Class C Utility Uniform when operating a motorcycle for the purpose of training and/or traveling to a maintenance facility.

VIII.   JACKETS

    A.    Foul weather jackets

        1.    5.11 Tactical Double Duty Jacket, #48096, black in color.

            a.    Required accessories:

                (1)    Department shoulder patch sewn on each shoulder

    (2)    Department badge embroidered on left breast of jacket

    (3)    A "SHERIFF" panel shall be sewn on the back of the jacket, five (5) inches down from the base of the collar, centered on the back.

    (4)    Cloth name tag sewn on right breast of jacket, it shall be approximately four (4) inches by one (1) inch in size, and be black with gold three-eighths (⅜) inch block lettering. The tag shall be embroidered on the tape containing the member's last name.

    (5)    Sergeant's chevrons where applicable

    (6)    One (1) inch gold rank insignia embroidered on the epaulets for commanders

2.    5.11 Tactical Response Jacket, #48016, black in color.

    a.    Required accessories:

    (1)    Department shoulder patch sewn on each shoulder

    (2)    Department badge embroidered on left breast of jacket

    (3)    A "SHERIFF" panel shall be sewn on the back of the jacket, five (5) inches down from the base of the collar, centered on the back.

    (4)    Cloth name tag sewn on right breast of jacket, it shall be approximately four (4) inches by one (1) inch in size, and be black with gold three-eighths (⅜) inch block lettering. The tag shall be embroidered on the tape containing the member's last name.

    (5)    Sergeant's chevrons where applicable

    (6)    One (1) inch gold rank insignia embroidered on the collar for commanders

3.    5.11 Tactical Chameleon Softshell Jacket, #48099, black in color.

    a.    Required accessories:

        (1)    Department badge embroidered on hidden panel on left breast of jacket.

        (2)    A "SHERIFF" panel shall be sewn on the back hidden panel of the jacket, approximately five (5) inches down from the base of the collar, centered on the back.

    b.    This jacket is intended for plainclothes wear only.  It shall not be worn while in uniform.

B.    Dress Jackets

    1.    The black "Ike" style jacket, model # PCOSOJKT01, manufactured by Fechheimer is exclusively authorized.

    2.    The dress jacket will only be worn by commanders.

    3.    Longevity gold stars are required one (1) inch above center and parallel to the command left sleeve piping.  Each star represents four (4) years of continuous service.  The top point of the star shall be oriented up the sleeve, towards the shoulder.

    4.    Rank insignia shall be embroidered epaulet style insignia.

IX.    UNIFORM ACCESSORIES

Mock turtleneck shirts and mock dickies

A.    Mock turtleneck shirts and dickies will be black with "PCSD" embroidered on the left side of the collar.  The lettering shall be one (1) inch gold block style print.

B.    Any brand conforming to these general specifications is authorized.

X.    UNIFORM TIE

A.    The uniform tie shall be a black clip-on or a velcro breakaway tie.

B.    Tie tack will be green shoulder patch style

XI.   BADGES, PATCHES, NAME TAGS, AND RANK INSIGNIAS

A.   Embroidered Badge

If shirt is purchased without the embroidered badge, the member is responsible for getting the authorized badge embroidered. Specification sheet (to include thread colors) for the embroidered badge is available from the Quartermaster Program. This must be provided to whomever is doing the embroidery work. (Shirts purchased directly from 5.11, or any of the local 5.11 distributors, will have the authorized badge already embroidered.)

B.   Department shoulder patch ~ PCSD cloth shoulder patch with gold rope border and green background

C.   Sergeant's chevrons ~ Green stripes, with a gold border, on a black background

D.   Subdued department shoulder patch ~ PCSD cloth shoulder patch with black stitching on a green background

E.   Standard "SHERIFF" panel ~ PCSD cloth panel with gold rope border and green background

F.   Subdued sergeant's chevrons ~ Black stripes on a green background

G.   Longevity insignias are required as follows:

1.   Each star/bar will reflect four (4) years of service as a full-time commissioned or corrections member with any law enforcement agency.

2.   The star insignia is required on the command dress jacket. The star will be gold in color with a black background.

3.   The bar(s) are required on the long sleeve uniform shirt and foul weather jackets. The longevity bar will be green with a gold border on a black background.

XII.   HEADGEAR

A.    Baseball Cap

1.    Ottocap, model #11-1168, flex low-profile black pro style cap, stretchable 100% polyester pro mesh with "Pima County" embroidered in gold lettering and "Sheriff" embroidered in green lettering with a gold border.

2.    Ottocap, model #19-366-003, six panel low profile black pro style cap, 100% polyester, velcro adjustable hook and loop closure, with "Pima County" embroidered in gold lettering and "Sheriff" embroidered in green lettering with a gold border.

3.    New Era 9Forty style cap with "Pima County" embroidered in gold lettering and "Sheriff" embroidered in green lettering with a gold border.

B.    Service Hat

Stratton Hats, Inc. double-brim, model #S-40-DB, black Campaign style uniform hat is exclusively authorized.

C.    Watch Cap

Black polyester fleece watch cap, 5.11 brand, style #89250-019, with "SHERIFF" embroidered in .47 gold lettering to the front center of the cap.

D.    Helmet

ProTech Tactical TR2200 riot helmet is authorized as circumstances dictate.