# EXHIBIT 8

I.        APPEARANCE OF PERSONNEL

A.    All members of the department have the responsibility to present and maintain a professional public appearance that reflects the high standards of the Pima County Sheriff's Department. Integral elements of personal appearance are grooming, neatness, and cleanliness.

   1.    Hairstyles

      a.    Hair shall be neat, clean, properly trimmed, and well-groomed.

      b.    Hair may be worn in contemporary styles. Extreme, fad, and/or unconventional hairstyles are prohibited.

      c.    Members choosing to color their hair should use good judgement (subdued, natural colors) towards maintaining a professional appearance. Wigs and hairpieces shall not be worn unless they conform to the standards for natural hair.

      d.    Hair length or bulk for all department members shall not interfere with work performance, professional safety, and the proper wearing of authorized equipment.

      e.    Uniformed female members may keep their hair above shoulder blade length, in a bun, single ponytail, single or double braids. Medium length ponytails are authorized for wear on the back of the scalp and shall not exceed the head's width.

         Uniformed male members shall not pin their hair, and shall maintain hair length no lower than the top of the shirt collar at the back of the neck and the mid-point of the ear at the sides when standing in a normal position.

         For all uniformed members, hair shall not extend below the eyebrow line on the forehead. Hair shall not extend more than three (3) inches outward from the surface of the head.

2.    Facial Hair

Department members may wear mustaches, full or circle beards, and sideburns. Facial hair shall be neatly trimmed, sculpted, and reflect a contemporary style. Extreme, fad, and/or unconventional facial hair designs/patterns are prohibited.

a.    Mustaches

(1)    Mustaches shall be neatly trimmed, and not extend below the lip line of the upper lip, extend across the corners of the mouth or extend any further than one-fourth (¼) inch from the corners of the mouth.

(2)    Sideburns shall be neatly trimmed, not extend below a point level with the middle of the ear, will be of even width (not flared) and will end with a clean-shaven horizontal line.

b.    Beards

Uniformed department members, unless in training status (Basic Academy, CTO, FTO), are permitted to grow either a full beard or circle beard (goatee).

(1)    Full and circle beards (goatee) shall be neatly trimmed and sculpted.

(a)    Members who grow a full or circle beard (goatee) must maintain the beard growth between one-eighth (⅛) inch and one-fourth (¼) inch in length.

(b)    Beards shall not extend to any part of the neck.

(c)    Facial hair may cover below the jaw horizontally, but end before the downward curve of the neck at a clean shave line above the Adam's apple.

   (d) All facial hair must be trimmed above the cheek line above the top of the beard.

   (e) Circle beards (goatee) shall not extend more than on-half (½) inch in diameter past the corners of the mouth.

  (2) The following beards are prohibited:

   (a) Chinstrap beards (beards trimmed to thin line along cheekbones)

   (b) Beards without mustache

   (c) Patchy or asymmetrical beards

   (d) Designer stubble – beards shorter than one-sixteenth (1/16) of an inch that are maintained in that state.

   (e) Designs/patterns within the beards

 c. Exemptions for Uniformed Department Members

  (1) Uniformed department members working in an official undercover assignment (defined as having an officially assumed identity via Motor Vehicle Department) are exempt for the duration of the special assignment. Exemption does not apply for off-duty work requiring a uniform within duration of special assignment.

  (2) All department members who are issued or are required to wear a respirator mask that requires annual fit testing as part of their assignment or classification shall ensure that no facial hair gets between the mask and the face that would interfere with the seal for annual fit testing. Additionally, members who maintain a beard and are subject to wearing a respiratory mask as part of their assignment or classification shall maintain shaving equipment with their mask to ensure proper fit in case of no-notice mask deployment events.

3.      Fingernails and Makeup

Fingernails shall be clean and trimmed to a reasonable length that does not interfere with work performance. Females may wear subdued, conservatively colored makeup and fingernail polish. Nail polish, if applied, for uniformed members, must be free of cracks and not contain nail jewelry or decorations.

4.      Jewelry and Body Piercings

Items of personal jewelry in good taste, generally limited to wristwatches, wedding bands or rings may be worn.

Earrings and piercings may be worn by female department civilian members within the following guidelines:

a.      Earrings and piercings shall not exceed one-half (½) inch in diameter, shall conform to the shape of the ear, and be limited to three (3) earrings per ear. Gauged earrings shall not exceed a circumference of five (5) millimeters and must be clear or flesh-colored.

b.      Civilian nasal piercings are limited to one (1) piercing, shall not be hooped or bull ringed, and shall be no larger than two (2) millimeters.

Female uniformed members may wear small post type or ball-studded earrings, limited to three (3) per ear.

a.      Wearing any other earrings, piercings, and body piercing jewelry style for uniformed department members (commissioned and corrections classifications) is strictly prohibited.

Earrings and piercings shall not interfere with work performance, professional safety, and the proper wearing of authorized equipment for all department members.

5.      Tattoos and Body Markings

a.      The display of any unprofessional, offensive tattoo, brand or body marking, regardless of location, while members are working and representing the department is prohibited. The following list includes, but is not limited to, the types of items prohibited by this policy:

          (1)      Depictions of nudity or violence

          (2)      Sexually explicit or vulgar art, words, phrases, profane language

          (3)      Symbols likely to incite a strong negative reaction in any group, e.g., swastikas, pentagrams, etc.

          (4)      Initials or acronyms that represent criminal or historically oppressive organizations, e.g., AB, KKK, SS, street gang names, numbers, and/or symbols

    b.      Tattoos and body markings may be displayed on the arms, hands, and legs. No other visible tattoos are authorized.

    c.      Tattoos and body markings deemed as inappropriate are to be covered while at work and/or in uniform. Issues with inappropriate or excessive tattoo/body marking will be handled on a case-by-case basis.

Any exceptions related to the display of tattoos, body piercings, body markings or jewelry due to operational necessity, unconventional, yet legally recognized religious practice or any other purpose requires review and approval of the Sheriff.

II.        PROFESSIONAL ATTIRE

All department members are expected to dress appropriately in professional business attire. The department's work environment interfaces with professionals from other agencies and the public we serve, a professional appearance is essential. Business attire includes suits, pants, jackets, collared shirts, skirts and dresses that, while not formal, are appropriate for a business environment. Examples of appropriate business attire include a collared shirt with pressed pant, or slacks and a blouse or sweater with a skirt or pants.

A.      Professional Attire for Civilian Members

    1.      Dress style pants, including chino or khaki style slacks, or capri pants consistent with professional business attire, un-faded leggings with complimentary blouse or sweater, to be purchased and maintained by the member. Cargo or Battle Dress Uniform (BDU) style, workout or active wear pants are prohibited.

  a. Dress, business casual footwear consistent with contemporary professional workplace standards is acceptable. Footwear must be clean, in presentable condition, appropriate for assigned work activities and site conditions, and meet workplace safety requirements.

2. Denim jeans may be worn by civilian members who do not, as part of their duties or assignment, regularly interact with the public. Jeans shall be in good repair with no rips or tears, not excessively faded or adorned with accoutrements, such as beads, studs, stitching, or patches. Denim jeans will be permitted for all other members, exclusively, in observation of Rodeo Week.

3. The following is authorized professional business attire for civilian members required to wear a department polo during assigned work hours:

  a. Grey or navy blue collared pullover shirts with approved Pima County Sheriff's Department logo insignia provided by the department may be worn with dress style pants (including chino or khaki style slacks) consistent with business attire.

  b. Other authorized specialty unit apparel (e.g., Environmental Services, Inmate Food Services) must be authorized by the Sheriff.

4. Unacceptable working attire includes:

  a. Attire that is provocative, revealing, short, or tight

  b. Clothing and apparel (includes footwear) that is faded, dirty, or in disrepair/excessively worn

  c. Clothing and apparel that poses a safety, health, or security risk

  d. Other apparel not specifically addressed may still be unacceptable and will be judged in comparison with normally accepted ranges and standards.

5. Supervisors are responsible for maintaining the standard of professional appearance for their subordinates and shall routinely inspect subordinates for compliance. When a member

does not comply with established standards, the supervisor's normal response shall be to discuss the matter with the member.

If a verbal request fails to bring the desired response, the supervisor:

    a.    May order members to go home and change to appropriate attire. The member shall return to work as soon as possible and shall not be compensated for the time away from work.

    b.    May initiate disciplinary action if appropriate

B.    Professional Attire for Commissioned and Corrections Members

    1.    Commissioned and corrections members in administrative roles shall dress in professional attire comparable to regular business wear unless other dress is more appropriate to their assignment.

    2.    Green, tan, and black polo shirts with approved Pima County Sheriff's Department logo insignia may be worn with dress style pants, including chino or khaki style slacks. Cargo or BDU style, workout or active wear pants are prohibited.

C.    Commissioned and Non-Commissioned Uniform Attire

    1.    Uniforms

        a.    The uniform shall be worn only during on-duty hours, while traveling to and from duty assignments, during authorized off-duty employment (for commissioned members), or when otherwise authorized by the Sheriff.

        b.    Uniformed members shall wear only the authorized uniform prescribed for their rank and assignment.

        c.    The uniform shall fit well and be neat, clean, and properly pressed. All appropriate buttons on shirts and pants must be fastened. All articles shall be in presentable order.

        d.    Uniform articles must be replaced when faded, worn, or no longer professional in appearance.

e. Uniformed members may not mix uniform and civilian clothes. Nor mix differing uniform shirts with uniform pants.

f. Non-commissioned uniformed members shall avoid placing themselves in positions which would lead citizens to believe that they are deputy sheriffs.

g. Uniformed members shall not purchase or consume alcoholic beverages or do anything which would reflect adversely on themselves or the department.

h. Specifications for the authorized commissioned and corrections uniform are referred to in Department Command Directives.

i. The Sheriff may appoint a Uniform Committee as necessary to review proposed changes to the uniform.

j. Other authorized department issued uniform apparel for commissioned, corrections, and civilian members, such as light-weight jackets, collared pull-over shirts, pants, and baseball style hats with approved Pima County Sheriff's Department logo or department insignia, may be authorized for on-duty wear by the Sheriff via recommendation of the Uniform Committee.

2. Uniform Shirts

a. Uniform shirts may be either long sleeve or short sleeve and shall be worn per the guidelines of this chapter.

b. Shirt sleeves shall not be rolled up at any time.

3. Uniform Pants

a. Pant legs shall be tailored to fall straight down to a maximum length but not so long as to create more than a slight "break" in the pant leg.

b. While the member is standing at attention, the bottom of the pant leg shall not be more than one (1) inch above the heel seat (where the shoe and heel join).

III.　　　　UNIFORMS AND EQUIPMENT FOR COMMISSIONED MEMBERS

　　　A.　　Commissioned Uniform Requirements

　　　　　1.　　All commissioned members shall possess and maintain for immediate use the uniform, equipment, and other required articles prescribed in this chapter.

　　　　　　　a.　　All commissioned members are required to have one (1) each of the following uniform articles:

　　　　　　　　　(1)　　Helmet (department-issued)

　　　　　　　　　(2)　　Long or short-sleeve shirt (Class C)

　　　　　　　　　(3)　　Long-sleeve shirt (Class A and B)

　　　　　　　　　(4)　　Tie with tie tack

　　　　　　　　　(5)　　Ike jacket (Commanders only)

　　　　　　　　　(6)　　Uniform pants (Class A and C)

　　　　　　　　　(7)　　Authorized footwear

　　　　　　　　　(8)　　Authorized campaign hat (department-issued)

　　　　　　　　　(9)　　Gold or gold and black metal pens or pencil set shall be worn in the shirt pocket. (Class A and B)

　　　　　　　b.　　Uniform specifications as to style, brand, size, and color will be maintained in the form of a Command Directive with the Uniform Committee who shall be responsible for updating. Local uniform stores will be provided with the specifications.

　　　　　2.　　Footwear

　　　　　　　a.　　Footwear must be kept in good repair.

　　　　　　　b.　　Black leather or corfram, low-quarter style dress shoes, polished to a high shine with black solid socks (Class A and B).

      c.     Suede tan boots (including variations in tone by various vendors) for Class C and D uniforms.

      d.     Other non-traditional uniform footwear and casual walking shoes or utility style shoes are strictly prohibited for wear with any uniform combination on or off duty.

3.     Uniform Tie

      a.     Commissioned members shall wear an authorized tie for formal occasions (Class A). The tip of the tie should rest approximately at the top of the belt buckle.

      b.     A department approved tie-tack shall be positioned on the tie with the bottom tip of the tie tack aligned with the bottom of the shirt pocket flaps.

4.     Headgear and Outerwear

      a.     The department authorized campaign hat (as directed) may be worn with the Class A and Class B uniforms.

      b.     Department authorized headgear (i.e., baseball style cap, watch cap, boonie hats) are only authorized for the Class B, C, or D uniforms.

      c.     Foul weather jackets are authorized for all classes of uniforms.

      d.     Raincoats shall be issued by Material Management.

      e.     Black leather or fabric gloves may be worn.

5.     Assignment Insignias

      a.     One (1) of the following insignias, to represent a member's current assignment or specialty function, may be worn above and centered over the nameplate or service ribbons on Class A and B uniform shirts only:

          (1)     CIT

          (2)     DRE

          (3)     DUI

    (4)     EOD

    (5)     FTO

    (6)     Motorcycle Wings

    (7)     Pilot's wings, department authorized

    (8)     Search and Rescue

    (9)     SRO

    (10)    SWAT (approximately one and three-eighths ($1\frac{3}{8}$) inch by one-fourth ($\frac{1}{4}$) inch, brass finish)

    (11)    Traffic

    Members are not authorized to wear a unit or specialty function pin once their assignment to that unit or function ends.

6.    Classification of Commissioned Uniforms

    a.    Class A ~ Formal Uniform

        (1)    This uniform consists of the uniform long sleeve shirt, uniform pant, tie, campaign hat (as directed), and Ike jacket (Commanders) if appropriate or directed. Black leather or corfram, low-quarter style dress shoes with solid black socks are authorized with this uniform.

        (2)    Leather articles are required with the Class A uniform.

    b.    Class B ~ Semi-Formal Uniform

        (1)    This uniform consists of the uniform shirt (long or short sleeve), uniform pant, and campaign hat (as directed). Black leather or corfram, low-quarter style dress shoes with solid black socks are authorized with this uniform.

(2)    A serviceable solid black undershirt (no visible insignia) shall be worn. A black mock turtleneck or dickie may be worn with a long sleeve shirt.

(3)    Nylon fabric web or leather articles are also required with the Class B uniform.

(4)    The American Flag ribbon is authorized with the Class B Uniform.

c.    Class C ~ Utility Uniforms

(1)    This uniform consists of the green utility pant and khaki colored utility top, with authorized insignia. **This uniform is the standard duty, daily wear, uniform for commissioned personnel, unless directed otherwise.** Only suede tan boots (including variations in tone by various vendors) are authorized with this uniform.

(2)    A serviceable solid black undershirt (no visible insignia) shall be worn. A black mock turtleneck or dickie may be worn with a long sleeve shirt.

(3)    Nylon fabric web articles are required with the Class C uniforms.

(4)    Class C uniforms are not authorized for appearances in Superior Court or Grand Jury.

d.    Class D ~ Pregnancy Uniform

Pregnant members working uniformed duty may wear a Class B or C uniform modified as follows:

(1)    The uniform pant may be altered and tailored with an elastic waist and maternity stretch panel of the same color inserted in the trouser front.

(2)    The uniform shirt may be altered with panels of like material and color inserted in the side seams. The bottom of the shirt must be straight edged and not tailed. The shirt shall be worn untucked.

7.      Authorized Uniform for Off-Duty Employment

All classes of uniform are authorized for off-duty work, dependent on the nature of the assignment. The department Off-Duty Coordinator will determine the authorized uniform for each assignment.

8.      Other Authorized Apparel

a.      Other apparel for duty or specialty unit wear must be authorized by the Sheriff via recommendations of the Uniform Committee and memorialized in the form of a Command Directive.

B.      Commissioned Leather/Nylon Fabric Web Articles

1.      Uniformed commissioned members shall maintain and wear the following nylon fabric web articles (Class B and C uniforms) and leather articles (Class A and B):

a.      One (1) black nylon fabric and one (1) black leather utility belt worn without sagging and without exposing the trouser belt. It shall be held in place with belt keepers.

(1)     Velcro belts require no keepers.

(2)     No more than six (6) keepers shall be worn on the belt.

b.      Department authorized on-duty weapon shall be worn on the right or left side of the utility belt. The uniform holster **shall not** be worn in a cross-draw fashion.

c.      At least two (2) loaded spare magazines with department-issued ammunition.

d.      One (1) closed single or double handcuff case shall be worn.

2.      In addition to the required articles, uniformed commissioned members may wear any or all of the following items:

a.      Authorized police baton with case and ring or scabbard

b.      Knife / multi-tool and case

c.      One (1) oleoresin capsicum (OC) spray canister and holder

d.      Flashlight and holder

e.      Radio and radio holders

f.      A second single-handcuff case

g.      Digital recorder case

3.      Commissioned members will wear all nylon or all leather articles as appropriate. Mixing of leather and nylon accessories is not authorized.

C.      The following required equipment shall be carried by or be reasonably accessible to **all commissioned members**:

1.      Department authorized weapon and tactical light with which the member has qualified

2.      At least two (2) loaded spare magazines with department-issued ammunition

3.      Department issued ballistic vest

4.      Taser and holster, if issued

5.      Oleoresin capsicum spray

6.      Handcuffs and a handcuff key (all handcuffs must meet NIJ standards)

7.      Flashlight

8.      Reflective vest

9.      Authorized police baton

10.    Department badge

11.    Department identification card

12.    Department-issued citation book and required forms

13.    Arizona driver's license

14.    Department-issued cell phone

15.    Department-issued radio

16.    Digital recorder

D.    Firearm Tactical Flashlight

The firearm tactical flashlight will be issued to all department members who are qualified with the light and authorized to carry a firearm in the performance of their duties.

1.    Commissioned members in uniform shall carry their firearm with the tactical light attached, if the firearm is equipped to accommodate the light.

2.    Plainclothes commissioned members may carry their firearm with the tactical light attached.

3.    The tactical light attached to a weapon is not to be used as a general purpose flashlight, it shall only be employed when there is reasonable cause for the firearm to be drawn.

E.    Ballistic Vests

1.    Commissioned members shall be fitted for and issued a ballistic vest by Material Management.

2.    A ballistic vest shall be worn by uniformed recruit deputies during both classroom (as directed) and field training.

3.    Commissioned members shall wear a ballistic vest when working in uniform, except when performing primarily administrative or ceremonial duties.

4.    All other commissioned members must have a ballistic vest in their possession or immediately available to them while on duty.

5.      Commissioned members assigned to high-risk situations, including those people normally exempt from mandatory wear, will wear a ballistic vest during such operations.

6.      Commissioned members may elect to purchase and wear a ballistic vest of their choice providing it meets or exceeds the NIJ Threat Level II standard.

7.      Department members will immediately report any damage, loss, or excessive wear of their ballistic vest to their immediate supervisor.

8.      Proper care and cleaning of ballistic vests in accordance with the manufacturer's instructions shall be the responsibility of the member.

F.      Inspections of Commissioned Uniformed Members

Supervisors shall routinely inspect subordinates for compliance with uniform, equipment, and appearance regulations. These inspections shall be documented.

IV.     UNIFORMS AND EQUIPMENT FOR CORRECTIONS MEMBERS

A.      Corrections Uniform Requirements

1.      All corrections members shall possess and maintain for immediate use the uniform, equipment, and other required articles prescribed in this chapter.

a.      All corrections members are required to have one (1) each of the following uniform articles:

(1)     Long or short-sleeve shirt (Class C)

(2)     Long-sleeve shirt (Class A)

(3)     Tie with tie tack

(4)     Ike jacket (commanders only)

(5)     Uniform pants (Class A and C)

(6)     Authorized footwear

(7)     Gold or gold and black metal pens or pencil set shall be worn in the shirt pocket. (Class A and B)

b.     Uniform specifications as to style, brand, size, and color shall be maintained in the form of a Command Directive with the Uniform Committee responsible for its currency. Local uniform stores shall be provided with the specifications.

2.   Footwear

a.     Footwear must be kept in good repair.

b.     Black leather or corfram, low-quarter style dress shoes, polished to a high shine with solid black socks (Class A and B).

c.     Suede tan boots (including variations in tone by various vendors) for Class C and D Uniforms.

d.     Corrections kitchen staff are required to wear footwear with slip resistant soles.

e.     Other non-traditional uniform footwear and casual walking shoes or utility style shoes are strictly prohibited for wear with any uniform combination on or off-duty.

3.   Uniform Tie

a.     Uniformed corrections members shall wear an authorized tie for formal occasions (Class A). The tip of the tie should rest approximately at the top of the belt buckle.

b.     A department authorized tie-tack shall be positioned on the tie with the bottom tip of the tie tack aligned with the bottom of the shirt pocket flaps.

4.   Headgear and Outerwear

a.     Headgear is only permissible in the Class C uniform.

b.    The department authorized baseball style cap may be worn with the Class C uniform while on duty.

(1)    Members working in an assignment outdoors may wear the department authorized baseball style cap, watch cap, or boonie hat.  The watch cap and boonie style hat may only be worn while working outdoors.

(2)    Hats will be well maintained and free of dirt, debris, or stains.

c.    Foul weather jackets are authorized for all classes of uniforms.

5.    Assignment Insignias

a.    One (1) of the following insignias, to represent a member's current assignment or specialty function, may be worn above and centered over the nameplate or service ribbons on Class A and B uniform shirts only:

(1)    CIT

(2)    CTO

(3)    TAG

Members are not authorized to wear a unit or specialty function pin once their assignment to that unit or function ends.

6.    Classification of Corrections Uniforms

a.    Class A ~ Formal Uniform

(1)    This uniform consists of the uniform long sleeve shirt, uniform pant, tie, (and Ike jacket for corrections commanders as directed).  Black leather or corfram, low-quarter style dress shoes with solid black socks are authorized with this uniform.

    (2)    Corrections officers shall maintain and wear nylon fabric web articles.

          Leather (garrison) articles authorized with Class A (only for corrections commanders, corrections members in special assignments) (i.e., training, ceremonial).

c.    Class B ~ Semi-Formal Uniform

    (1)    This uniform consists of the uniform shirt (long or short sleeve) and uniform pant. Black leather or corfram, low-quarter style dress shoes with solid black socks are authorized with this uniform.

    (2)    A serviceable solid black undershirt (no visible insignia) shall be worn. A black mock turtleneck or dickie may be worn with the long sleeve shirt

    (3)    Corrections officers shall maintain and wear nylon fabric web articles.

          Leather (garrison) articles authorized with Class A (only for corrections commanders, corrections members in special assignments) (i.e., training, ceremonial).

    (4)    The American Flag ribbon is authorized with the Class B uniform.

c.    Class C ~ Utility Uniform

    (1)    This uniform consists of the black utility pant and khaki colored utility top, with authorized insignia. **This uniform is the standard duty, daily wear uniform for corrections members, unless directed otherwise.** Only suede tan boots (including variations in tone by various vendors) are authorized with this uniform.

    (2)    A serviceable solid black undershirt (no visible insignia) shall be worn. A black mock turtleneck or dickie may be worn with the long sleeve shirt.

(3)     Nylon fabric web articles are required with the Class C uniform.

(4)     The Class C uniform is not authorized for appearances in Superior Court.

d.     Class D ~ Pregnancy Uniform

Pregnant members working uniformed duty may wear a Class B or C uniform modified as follows:

(1)     The uniform pant may be altered and tailored with elastic waist and maternity stretch panel of the same color inserted in the trouser front.

(2)     The uniform shirt may be altered with panels of like material and color inserted in the side seams. The bottom of the shirt must be straight edged and not tailed. The shirt shall be worn untucked.

4.     Other Authorized Uniform Apparel

a.     Other apparel for duty or specialty unit wear must be authorized by the Sheriff via recommendation of the Uniform Committee and memorialized in the form of a Command Directive.

B.     Corrections Leather/Nylon Fabric Web Articles

Uniformed corrections members shall maintain and wear the following nylon fabric web articles (Class A, B, and C uniforms). Leather articles authorized with Class A and B (only for corrections commanders, corrections members in special assignments) (i.e., training, ceremonial uniforms):

1.     One (1) black nylon fabric and one (1) black leather (commanders only) utility belt worn without sagging and without exposing the trouser belt. It shall be held in place with belt keepers.

a.     Velcro belts require no keepers.

b.     No more than six (6) keepers shall be worn on the belt.

2. If the member is firearms qualified and actively working at Judicial Security or other armed duty post (e.g. hospital or transport), one Quick Locking System Kit (QLS) holster for the on-duty firearm shall be worn on the primary side of the utility belt. The uniform holster **shall not** be worn in a cross-draw fashion.

   a. No empty holsters or firearms shall be worn by firearms qualified corrections members unless the duty assignment requires it for the specific shift.

   b. For safety purposes, the firearm and QLS equipped holster as a unit shall be detached and secured (locked) when firearm is removed from the duty belt.

3. At least two (2) loaded spare magazines with department-issued ammunition.

4. One (1) closed single or double handcuff case shall be worn.

5. A key holder and handcuff key (with facility keys issued for the duty post) shall be worn on the duty belt.

C. The following required equipment shall be carried by or be reasonably accessible to all on-duty uniformed corrections members:

   1. Handcuffs and a handcuff key (all handcuffs must meet NIJ standards)

   2. Department-issued flashlight

   3. Department badge, except when wearing the Class C uniform

   4. Department identification card

   5. Arizona driver's license

   6. Oleoresin capsicum spray and holder

   7. Department radio and holder

   8. Taser and holster, if issued and authorized

   9. Department issued cell phone

D.    Authorized corrections members in Judicial Security or other firearms duty posts shall also carry:

   1.    Department authorized weapon with which the member has qualified

   2.    At least two (2) loaded spare magazines with department-issued ammunition

   3.    Expandable baton with case

E.    Ballistic Vests / Stab Vests

   1.    All uniformed corrections members shall be fitted for and issued a stab vest by Material Management.  Wearing a stab vest is optional.

   2.    Firearms qualified members assigned to a duty post that requires the wearing of a department weapon shall be fitted for, issued, and shall wear a ballistic vest.

      a.    Firearms qualified members may elect to purchase and wear a ballistic vest of their choice providing it meets or exceeds the NIJ Threat Level II standard.

   3.    Department members shall immediately report any damage, loss, or excessive wear of their stab vest or ballistic vest to their immediate supervisor.

   4.    Proper care and cleaning of stab vests and ballistic vests in accordance with the manufacturer's instructions shall be the responsibility of the member.

F.    Inspections of Corrections Uniformed Members

   Supervisors shall routinely inspect subordinates for compliance with uniform, equipment, and appearance regulations.  These inspections shall be documented.

V.        DEPARTMENTAL BADGES

     A.     The department badge shall be worn above the left breast pocket on Class A and B uniforms.  The department badge shall be embroidered in the same location on the Class C and D uniforms.

     B.     The Sheriff shall prescribe official department badges and authorize members to wear them.

         1.   Only authorized badges shall be worn by members in the performance of their duties.

         2.   The only authorized source of procurement for department badges is Material Management.

     C.     Material Management is responsible for procurement, maintenance, receipt, issuance, and physical control of all official department badges.

     D.     Turn-in and Exchange Procedures of Department Badges

         1.   All badges shall be returned to Material Management immediately upon termination of employment, commission, or appointment.

         2.   Members who are promoted or who change their status, shall turn in all previously issued badges to Material Management prior to being issued new badges.

         3.   Badges that have become unserviceable through normal use shall be exchanged at Material Management.

     E.     Lost, Stolen, and Destroyed Badges

         1.   Whenever a member discovers that an issued badge is lost, stolen or destroyed, that member shall immediately report and write a memorandum to the appropriate Bureau Chief, via chain of command.  A badge will only be replaced with the approval of a Bureau Chief or the Administrative Division Commander.

    F.    Detective Badges

        1.    All detectives and detective sergeants will be issued one (1) belt badge clip-on badge holder.

        2.    Detective badges will be issued to detectives only after completion of initial detective training. A detective checklist must be on file with Personnel before a detective badge is issued. Upon completion of training and commander authorization the deputy/sergeant will receive a detective badge in exchange for his/her deputy/sergeant breast badge.

        3.    The detective sergeant and detective badges are authorized for wear for both uniform and non-uniform duties.

        4.    Prior to the deputy/sergeant leaving a detective assignment, he/she must exchange, with Material Management, his/her detective sergeant or detective badge for a sergeant or deputy badge. It will be the responsibility of the member's commander to ensure this is completed.

VI.      DEPARTMENTAL PATCHES, NAME TAGS, SERVICE RIBBONS, RANK AND LONGEVITY INSIGNIAS

    A.    Department shoulder patches shall be sewn on both sleeves.

    B.    The authorized nameplate worn on Class A and B uniforms shall be a brass-finished plate with black lettering.

        1.    The nameplate shall be positioned above and next to the top of the right breast pocket and shall be centered above the pocket button.

        2.    The member's last name shall be embroidered on the Class C uniform.

        3.    Cloth nametags shall be used on foul weather jackets.

4.      Black mourning bands are authorized for placement over the badge in cases of the death of a deputy/officer, on department members' End of Watch anniversary dates, during memorial services, and on other occasions as authorized by the Sheriff. The band is to be worn over the badge extending from the member's left shoulder down across the badge toward the heart.

C.      Service Ribbons

Service Ribbons are worn to recognize medals awarded by the department, other notable achievements, special assignments, and longevity.

1.      Authorized service ribbons for commissioned and corrections members, in order of precedence:

a.      American Flag Ribbon

b.      Department awarded medals or commendations (see Awards Program for criteria):

(1)     Medal of Honor Ribbon

(2)     Medal of Valor Ribbon

(3)     Medal of Merit Ribbon

(4)     Purple Heart Ribbon

(5)     Public Safety Achievement Ribbon

(6)     Public Service Achievement Ribbon

(7)     Honorable Service Ribbon (20 continuous years)

(8)     U.S. Military Service Ribbon

(9)     Unit Commendation Ribbon

(10)    Sheriff's Commendation Ribbon

(11)    Good Conduct Service Ribbon (four (4) consecutive years of honorable service to the department without any form of discipline).

(12) Patrol Service Ribbon (seven (7) years of cumulative Patrol Division assignments).

(13) Housing Unit Ribbon (seven (7) years of cumulative Corrections assignments)

c. Outside achievements / commendations:

(1) Education Ribbon (Associate's degree, or higher, from an accredited college or university.)

(2) Civic / Service Organization Officer of the Year Ribbon (Sons of the American Revolution, Timothy D. Graham Leadership Award, Shannon Russell Award, Elks, Kiwanis, Rotary, or Optimist.)

(3) FBI National Academy Ribbon

(4) A single (1) Northwestern Service Ribbon may be worn by any graduate of Northwestern University programs, such as advanced collision investigation, or an equivalent IPTM course.

(5) Certified Manager Ribbon (certified by the American Jail Association Program or National Certified Public Manager Consortium)

(6) A single (1) Management Education Ribbon may be worn by any graduate of Senior Management Institute for Police (SMIP), Police Executive Research Forum (PERF), or Northwestern University School of Police Staff and Command.

d. Special assignments – minimum of three (3) years service in each assignment:

(1) FTO Ribbon
Assigned at least one (1) recruit for five (5) cycles. One (1) cycle equals an FTO Program for an academy class.

(2)     CTO Ribbon
Assigned at least one (1) recruit for five (5) cycles. One (1) cycle equals a CTO Program for an academy class.

(3)     Arizona POST Certified Instructor Ribbon
Completed certified instructor program and taught a minimum of five (5) classes for the department.

(4)     Proficiency Instructor Ribbon
Completed instructor level course and taught or run a minimum of five (5) firearms, defensive tactics, driving, physical fitness, and/or high risk stop courses for the department.

(5)     SWAT Ribbon

(6)     TAG Ribbon

(7)     EOD Ribbon

(8)     Honor Guard Ribbon (includes Honor Guard Rifles)

(9)     Peer Support Ribbon (includes CISM)

(10)    CID Ribbon (includes assignments in Internal Affairs and District detective)

(11)    Traffic Ribbon (includes assignments to the DUI and Motor Units)

(12)    Public Information Officer (PIO) Ribbon

(13)    SRO / DARE Ribbon

(14)    Aviation Ribbon

(15)    K-9 Ribbon

(16)    Parks / Search and Rescue Ribbon

(17)    Advanced Medical Training Ribbon (Emergency Medical Technician or higher certifications)

(18)    Mobile Field Force

2.    Authorized Wear of Service Ribbons

a.    Upon graduation from their respective academy, deputies and corrections officers are authorized to wear service ribbons with the Class A uniform.

(1)    The American Flag Ribbon may be worn at the graduation ceremony.

d.    Up to twelve (12) service ribbons may be worn. The choice of which ribbons to display is at the discretion of the member, but any ribbons displayed will be in precedent order.

3.    Display Order

a.    For wear on the uniform shirt:

Service ribbons shall be worn on the right side of the shirt, centered above the pocket, with the bottom row of ribbons flush with the top of the nameplate. The nameplate shall be worn immediately below the ribbons, at the top seam of the pocket, centered above the pocket button.

b.    For wear on the Ike jacket (commanders only):

Service ribbons shall be worn centered on the right side of the jacket, flush with the top seam of the pocket. The nameplate shall be worn immediately below the ribbons, attached to the pocket flap approximately one-quarter (¼) inch below the pocket top seam, centered above the pocket button.

c.    Ribbons shall be displayed in precedent order (see Chapter 8.VI.C), beginning from outside (right arm) to inside (towards the heart).

d.   No more than three (3) ribbons will be worn in any single row.  Additional rows shall not be added until the current row has three (3) ribbons.  Limited to a maximum of four (4) rows.  (See examples below.) Ribbon holders for each configuration will be available for issue by Material Management.

**Correct**

|          | Ribbon 1 |          |
|----------|----------|----------|
| Ribbon 2 | Ribbon 3 | Ribbon 4 |

**Incorrect**

| Ribbon 1 | Ribbon 2 |
|----------|----------|
| Ribbon 3 | Ribbon 4 |

**Correct**

| Ribbon 1 | Ribbon 2 |          |
|----------|----------|----------|
| Ribbon 3 | Ribbon 4 | Ribbon 5 |
| Ribbon 6 | Ribbon 7 | Ribbon 8 |

**Incorrect**

| Ribbon 1 | Ribbon 2 | Ribbon 3 |
|----------|----------|----------|
| Ribbon 4 | Ribbon 5 |          |
| Ribbon 6 | Ribbon 7 | Ribbon 8 |

**Correct**

|          | Ribbon 1 |           |
|----------|----------|-----------|
| Ribbon 2 | Ribbon 3 | Ribbon 4  |
| Ribbon 5 | Ribbon 6 | Ribbon 7  |
| Ribbon 8 | Ribbon 9 | Ribbon 10 |

**Incorrect**

| Ribbon 1 | Ribbon 2 | Ribbon 3  |
|----------|----------|-----------|
| Ribbon 4 | Ribbon 5 | Ribbon 6  |
| Ribbon 7 | Ribbon 8 |           |
| Ribbon 9 | Ribbon 10 |          |

e.   When there are multiple rows of ribbons, the higher ranking ribbons shall be displayed above the lower ranking ribbons.  (See examples below.)

**Correct**

|           | U.S. Flag | Public Safety |
|-----------|-----------|---------------|
| Education | FTO       | Peer Support  |

**Incorrect**

|           | FTO           | Peer Support |
|-----------|---------------|--------------|
| U.S. Flag | Public Safety | Education    |

**Correct**

|             | U.S. Flag  |           |
|-------------|------------|-----------|
| Hon. Srvc.  | Unit Comm. | Education |
| FTO         | SWAT       | EOD       |
| Honor Guard | CID        | SRO       |

**Incorrect**

|           | SRO       |             |
|-----------|-----------|-------------|
| SWAT      | EOD       | Hon. Srvc.  |
| FTO       | U.S. Flag | Unit Comm.  |
| Education | CID       | Honor Guard |

4.   When a member is awarded a second or third medal to an existing award, a replacement service ribbon with one (1) or two (2) stars will be presented.  A maximum of two (2) stars will be awarded, except as noted below.

5.    A member with more than 20 years continuous service with the department will receive the following:

    a.    25 years – Honorable Service Ribbon with one (1) star

    b.    30 years – Honorable Service Ribbon with two (2) stars

    c.    35 years – Honorable Service Ribbon with three (3) stars

6.    Requests for service ribbons shall be submitted, via chain of command, on the Service Ribbon Request form (PCSD350) for approval. Approved requests will be forwarded to Material Management for processing.

7.    A member awarded a department medal or commendation will receive the appropriate service ribbon at the same time the medal or commendation is presented; typically this occurs at the annual awards ceremony.

8.    Any service ribbon that is lost or destroyed in the line of duty will be replaced by Material Management upon written approval of a Division Commander or higher.

D.    Rank Insignias

1.    Commanders shall wear gold-colored rank insignias; black embroidered insignias are authorized on Class C uniform only.

2.    Sergeants shall wear authorized chevrons on both sleeves of the shirt.

E.    Longevity Insignias

1.    Each star/bar will reflect four (4) years of service as a full-time commissioned or corrections member with any law enforcement agency.

2.    The star insignia is required on the Ike jacket. The star will be gold in color with a black background.

3.    The bar(s) are required on the Class A or B long sleeve uniform shirt and foul weather jackets.

a.    Corrections members:  This applies to the foul weather jacket only, not the lightweight windbreaker.

4.    The longevity bar will be green with a gold border on a black background.

F.    The Ike jacket, foul weather jacket, optional light duty jacket, and utility uniform shall have required shoulder patches, breast emblems, and rank insignias affixed as previously directed.  All jackets may be tailored with a slit in the seam to accommodate the member's firearm.

VII.    REPLACEMENT OF DAMAGED UNIFORM EQUIPMENT AND PERSONAL EFFECTS

A.    Department sanctioned uniform equipment and personal effects may be replaced or reimbursed by the department when rendered unserviceable due to damage or loss incurred in the line of duty.

1.    "Department sanctioned uniform equipment and personal effects" means those articles of attire and those items possessed by a department member that the member is required to wear or possess or that are otherwise authorized for wear or possession.

This definition excludes items of adornment such as jewelry and extravagant items, e.g., a solid gold writing pen or "Rolex", but includes items necessary for accomplishing the member's official duties, e.g., glasses, watch, etc.

2.    "Damage or loss incurred in the line of duty" means damage or loss that occurred while the member was executing a proper and official duty.  This definition excludes damage or loss due to carelessness, poor judgment, or negligence.

B.      Damage to Uniform Equipment

Requests for uniform replacement shall be documented on a department memorandum and forwarded to Material Management through the member's chain of command.

1.      The memorandum shall describe the nature of the damage and how and when the damage occurred.

2.      The member's supervisor and District / Section commander shall review the request and approve as appropriate.

C.      Loss of, or Damage to, Personal Effects

1.      The procedure for initiating, reviewing, and approving requests for reimbursing the loss of, or damage to, personal effects is the same as that outlined in the preceding section with the following exceptions:

a.      When initiating the request for reimbursement (documented within a department memorandum), the member shall include the original purchase cost of the lost or damaged item and attach all receipts which document the repair or replacement cost of the item.

b.      Requests for reimbursement shall be documented on a department memorandum and forwarded via chain of command.

2.      In cases where the value of a lost or damaged article has appreciated, the department shall not provide reimbursement greater than the initial cost unless such appreciated value can be justified.