# EXHIBIT 9

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **Sent:** | Monday, October 14, 2024 11:16 AM |
| **To:** | ▮▮▮▮ |
| **Subject:** | Fw: Suggestion Box |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |



---

**From:** ▮▮▮▮@sheriff.pima.gov>
**Sent:** Monday, October 14, 2024 10:15:26 AM
**To:** ▮▮▮▮@sheriff.pima.gov>
**Subject:** Suggestion Box



Below is a list of the suggestions regarding what took place on Saturday.  Please let me know how we should go about addressing them.

Suggestions:

Fairness among all employees please. Why are deputies allowed to campaign on duty in uniform but others are not? If deputies can campaign on duty other groups should be allowed to as well. Please change the policy to allow all employees to do so. Civilan Employees

Suggestion:

Recently a fellow corrections officer was disciplined for wearing department clothing and a department hat outside of the jail. Not fair that deputies can wear their attire in the public off duty to hold campaign signs. rules and regulations should be fair and contain same guidlines for everyone not just spoiled deputies.

Suggestion:

Every PCSD employee should be allowed to get paid time to support a charity or church or something of their choice Deputies campaign on duty with tax dollars is the same thing Can others do this to?

1

Suggestion:

Wellness Suggestion If deputies can campaign on duty can we get 40 minutes a day to workout on duty at our gym? It could be a combo of our lunch break too if that is okay?

Suggestion:
Recently we saw a news story about union activity NOT being paid with our tax dollars in Arizona any longer Why does one deputy union get Paid to campaign on duty? Waist of our tax dollars. And public would agree. This should be addressed

Suggestion:

I can no longer remain silent about the unacceptable behavior of Cross and Lappin within this dept. The conduct of Cross, along with that of retired Padilla, who acted as if they speak for all deputys, is a disgrace. Wearing what looks like a uniform to fool the public into thinking they speak for all deputies. I want to clarify this is not the view of all deputies. Many of us who support our Sheriff hesitate to express it due to the aggressive behavior from those supporting Heather. The stress over the past year has been overwhelming.

Heather's dishonesty and manipulation continue to go unchecked. In a recent interview, she claimed that experienced deputies are leaving in droves, yet she offered no evidence to support this. Why is no one calling her out on this? When she made the remark "babies training babies" I wanted to scream at my TV. In my over 20 years of service, the FTO policy has remained the same, requiring a minimum of 3 years. If she finds the situation so troubling, why didn't she change the policy when she was the FTO coordinator, training center sergeant, or better yet the commander? The answer is simple: she doesn't care. She's merely using this as a talking point, and once again she faces no scrutiny. But this behavior is not solely hers; she lacks intelligence to orchestrate it independently, as I have worked alongside her. She is a puppeteer, and Cross is her puppet master.

Her financial issues are longstanding; despite her claim to Caitlyn Schmidt that her troubles began with a BK in 2011. Her 20 years of financial troubles has been highlighted with a FB post. She asserts she has proof of repaying a debt to a peer- where is that proof? Once more, there's no accountability.

She accuses the Sheriff of retaliating, yet he has promoted several individuals who supported Napier, including Dominguez, Lowing, Ogden and Moseley to name a few. He did not demote anyone who backed Napier, like Johnson, Dowdy, and even granted Brady the position he desired in NSIS. It's time to hold her accountable! She labels this administration as corrupt, but as Dupnik pointed out, WHERE IS HER EVIDENCE? She doesn't possess any; she simply makes statements to see what resonates with the public.

I recognize that this is a suggestion box, so here is my suggestion: Employees running for Sheriff should not be allowed to remain with the sheriffs department. They should be assigned to different positions within the county until after the election, and I suggest Heather and Cross be held accountable for the lies and disgrace they have brought on this department.


Thank you,



@sheriff.pima.gov

2

# EXHIBIT 10

Pima County Sheriff's Department

911 Call – Female Caller – October 12, 2024 at 0953 hours

Call from ███████

1:02 Total Time

| | |
|---|---|
| Dispatcher: | Pima County Sheriff's Department, how may I help you? |
| Female 911 Caller: | Hi, huh I, huh, I'm out and about. I'm on ah, Sabino Canyon and Tanque Verde and there's a man standing on the corner in a what appears to be a Deputy's um, uniform with holding a big sign that says "Deputy's do not want Nano's" or something like that and I don't know if he's an actual Deputy doing that which would be inappropriate or if it's, um someone impersonating a Deputy but I just think it's inappropriate for him to be standing there with a big sign. |
| Dispatcher: | Hum, Hum. Ok sure, let me get you over to Tucson Police 'cause technically that intersection is actually their jurisdiction and see if they have anyone in the area they can go check on this guy. |
| Female 911 Caller: | Hum Hum |
| Dispatcher: | Hang on the line for me for one second. |
| Female 911 Caller: | Thank you. |



███████ #4306
10/22/24  1448 Hours

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, October 16, 2024 11:15 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Fwd: Deputies Engaging in Political Activities While in Uniform |

**CAUTION:** This message and sender come from outside Pima Sheriff. If you did not expect this message, proceed with caution. Verify the sender's identity before performing any action, such as clicking on a link or opening an attachment.



Begin forwarded message:

> **From:**
> **Date:** October 12, 2024 at 3:25:56 PM MST
> **To:** @sheriff.pima.gov>
> **Subject: Deputies Engaging in Political Activities While in Uniform**
>
> Begin forwarded message:
>
>> **From:**
>> **Date:** October 12, 2024 at 1:37:12 PM MST
>> **To:**
>> **Subject: Deputies Engaging in Political Activities While in Uniform**
>>
>> Hi Sheriff Nanos,
>>
>> This morning, I observed what appeared to be two deputies dressed in uniform holding political signs at the intersection of Tanque Verde and Sabino Canyon Road. The signs read something to the effect "Deputies Do Not Support Nanos." I only noticed one man at first on the SW corner and I called the PCSO to report it. They transferred me to TPD and the operator recorded the details. A few minutes later, I saw the second man on the NW corner of the intersection.
>>
>> If the two men are deputies, I don't feel it's appropriate for them to engaging in this type of activity while in uniform (or possibly while on duty). If they were pretending to be deputies in uniform, I believe that is also inappropriate.
>>
>> I didn't know if my report would be passed along to you, so I thought I would contact

you directly. I retired two years ago, but we met on a few occasions during my 21 years as the ███████████████████████████

Good luck with the election!

Sincerely,

████████

Sent from my iPad

2

Pima County Sheriff's Department
Internal Affairs Department
October 16, 2024 at 1012 hours

Concerned Citizen Voice Mail from caller [redacted]
1:40 length

Good morning,

Um, I just want to let you know that ah, I am reporting, I am going to report a number of your officers to the FBI and Justice Department for Prosecution for Indictment and Prosecution. Um ah these are a bunch of your officers who have engaged in ah political campaigning which I understand is illegal both under state law and federal law. I'm an attorney ah in private practice. But in any event, I am going to report them to ah, to ah ah the Federal Authorities so they can be indicted and prosecuted. I know, I I know just from my experience the FBI and Justice are very interested in indicating a number of your officers so this will give them a good opportunity to do so and put start putting your the the officers; you have a lot of bad cops in the Sheriff's Department ah start putting them in prison with many of your deputies ah belong and ah obviously that's that's are serious offenses and I'm certain that the feds will ah take these ah ah these incidents as as very serious violations of Federal law.

You have a good day, but a lot of you guys belong in prison and people like me are more than willing to work ah to to getting them indicted to help ah the federal authorities to get ah ah your officers indicted and sent to prison.

Transcribed by:

[redacted] #4306

Caller called into 911 Communications

Length of Call 3:21

Incident # 241017172

Dispatch: Sheriff's Department, may I help you?

Caller: Is this the Sheriff's Department?

Dispatch: Yes, it is, how can I help you?

Caller: Yeah, I don't know if this is a problem or not, but when I was riding home on my bike there was people at Oracle and River and they were campaigning for Heather Lappin and one of the guys had a gun and he was dressed in uh what appeared to be some kind of tactical outfit and I don't know what's going on but they were on all four corners.

Dispatch: Uh, Oracle and River?

Caller: Oracle and River.

Dispatch: Ok, hold on just a moment, ok?

Caller: hm mmm

Dispatch: Thank you for holding, is this going on right now sir?

Caller: Uh, it was about 20 minutes ago, and they didn't look like they were going anywhere

Dispatch: Ok, hold on

Caller: I mentioned to one of them that ya know, I didn't think it was, I didn't think it was uh lawful what they were doing, and he goes, "I've been here for 30 years, I know it's lawful" but uh people walking around with guns and political signs do not mix.

Dispatch: Ok, hold on just a moment, ok?

Dispatch: Ok, thank you for holding, and you said, is this just one side or on all corners?

Caller: Well, there was one, there was one guy, and he was dressed in the tactical gear and a gun, waving a sign and he was on one corner and there were 4 or uh 3 other people on another corners in just regular gear, regular clothes. Now they didn't bother me, the guy with the gun scared the hell out of me.

Dispatch: Do you know what corner he was on?

Caller: Uh…, Southwest? I mean I know guns is legal here but uh, I'm pretty sure it's against the law to have guns and political signs at the same time.

Dispatch: And he has it on his hip?

Caller: He has it on his hip, it's the same problem as, I guess she got suspended for doing the same thing and now they are out there again doing it

Dispatch: Ok, we can put a call-in place, what is your name sir?

Caller: My name is ▮

Dispatch: And a phone number that you can be reached at if they need to reach you?

Caller: ▮

Dispatch: Ok, I will go ahead and put a call-in place and then they can head over.

Caller: I don't know if it's, I don't know if it's anything to be worried about, but it just seemed weird.

Dispatch: Ok, we so we will go ahead and put a call-in place sir.

Caller: Thank you

Dispatch: You're welcome