# EXHIBIT 1



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

**To:** Sheriff Chris Nanos, via chain of command

**From:** Captain Juan C. Navarro #1379

**Re:** **Sergeant Aaron Cross**

**Date:** 10/17/24

MEMORANDUM

On October 12, 2024, at 1302 hours, I received a telephone call from my direct supervisor, Chief Jesus Lopez. Chief Lopez advised me to contact Chief Harold Janes for more information regarding Sergeant Aaron Cross, who is under my chain of command. Chief Lopez had minimal information due to being on vacation but wanted me to handle a situation involving Sergeant Cross.

At 1304 hours, I contacted Chief Janes. He informed me that the Pima County Sheriff's Department had received several 911 calls and complaints from employees regarding deputies campaigning while on duty. Chief Janes advised me that Sergeant Aaron Cross was identified as one of two individuals campaigning while in uniform; the second person was identified as retired deputy Mauricio Padilla. Chief Janes requested that I contact Sergeant Cross to inform him that he was not authorized to be involved in political activities while dressed in a manner that suggested he was acting as a deputy sheriff. Chief Janes added that Sergeant Cross was at the intersection of Sabino Canyon and Tanque Verde, green BDU pants, tan boots, a tan polo shirt, handcuffs, a handgun magazine, and a handgun, while holding a campaign sign that read, "Deputies Don't Want Nanos." Chief Janes also provided me with a photograph of Sergeant Cross in this attire.

At 1324 hours, I made telephonic contact with Sergeant Cross. I informed him that I had received information of him campaigning while in uniform. He claimed he had purchased the uniform and firearm himself. He specifically stated that the polo shirt did not have the sheriff insignia. I noted however that the pants were identical to those issued to Pima County Sheriff's deputies, and the tan polo shirt was the same type worn by Department detectives. I conveyed that the department was receiving calls from the public and employees who were concerned about deputies campaigning while on duty. I advised him to campaign in a t-shirt and shorts or any other attire that would not make him look like a deputy sheriff. Sergeant Cross agreed to comply.

# EXHIBIT 2



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

To: Capt. J. C. Navarro #1379          From: Lt. R. O'Connor #6322

Re: **Phone Call to Sgt. A. Cross**          Date: October 17, 2024
   **#4496, Saturday 10/12/24**

MEMORANDUM

This memorandum is in response to your request to document a phone call to Sgt. A. Cross #4496 which I placed on Saturday, October 12, 2024. On that date, I was on vacation in the state of Oregon.

At 1314 hours you asked via text message for Sgt. Cross' cell phone number. I did not initially see your text. You attempted to call me at 1320 hours, which prompted me to observe your text message. I responded with Sgt. Cross' work cell phone number at 1321 hours.

Later that evening, when I had time to do so, I placed a call to Sgt. Cross to verify that you had reached him and to ascertain what had transpired. According to my work cell phone call history, the call was placed at 1841 hours.

The following is my best recollection of the significant points of the phone conversation.

I asked Sgt. Cross if you had been able to reach him earlier in the day. He informed me that you had.

Sgt. Cross told me that, prior to your phone call, he had been at the corner of Sabino Canyon and Tanque Verde displaying a sign. I do not recall if he described exactly what was displayed on the sign, but it was clear to me that the sign was political in nature.

Sgt. Cross told me that while he was displaying the sign, he was wearing green pants and a tan shirt. He told me he was not wearing department insignia, nor was he wearing anything issued by the department. As an example of this, he told me that he was not wearing his department-issued cell phone. He did not describe anything that he was wearing other than the green pants and tan shirt.

Sgt. Cross told me that you called him and told him he was allowed to engage in political activity, but that he was not allowed to wear the attire he was wearing while doing so. My understanding was that Sgt. Cross understood your direction to be that he was not to wear the green pants and tan shirt in the context of displaying a political sign.

Sgt. Cross told me that he intended to comply.

# EXHIBIT 3



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

To: Capt. Juan Carlos Navarro

From: *SAM* Sgt. Guy Marchal #5804

Re: **Campaign Sign**

Date: October 22, 2024

---

MEMORANDUM

On Saturday, October 12, 2024 at 8:29 AM, I noticed a man I did not recognize holding a green campaign sign with yellow letters which read: "DEPUTIES <u>DON'T WANT</u> NANOS."

The man holding the sign was standing on the southwest corner of E. Tanque Verde and N. Sabino Canyon, and he appeared to be conversing with a member of the public.

What caught my attention was how he was dressed. He was wearing green tactical pants, a tan short sleeve polo shirt and sunglasses. The man also appeared to be wearing a sidearm in a holster on his belt in plain view. This made him look like an on-duty deputy but for the fact that there was no Pima County Sheriff's department badge or logo embraided on the left breast of his shirt.

I took a took a digital photo of this man because of the odd circumstances of the sighting and texted it to Chief Gerard Moretz, who later telephoned me upon which I shared with him the context of the photo (as stated above).

Attached is a hard printed copy of the photograph.



# EXHIBIT 4



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

To: Captain J.C. Navarro

From: Capt. Sharlene Reis

Re: **Aaron Cross**

Date: 10/23/24

MEMORANDUM

On Monday, October 14, 2024, around 8:10 AM, I was driving south on Thornydale Rd heading to work. As I approached Ina Rd, I noticed someone pacing back and forth on the northwest corner while holding a sign. At first, I couldn't make out the wording on the sign. As I got closer, I realized it was Sergeant Cross, and the sign read, "Deputies Don't Want Nanos."

Sergeant Cross was dressed in a gray t-shirt, tan tactical cargo pants, and department-issued tan boots. He was also carrying a firearm and a spare magazine, along with handcuffs. The spare magazine and handcuffs were in a shared case, which was visible to the public and appeared to be issued by the department. I recognized the tan tactical cargo pants as those used by the Sheriff's Department range personnel.

As I prepared to turn right onto Ina Rd, I had to stop at the traffic light. I believe Sergeant Cross made eye contact with me; if so, he would recognize me. After completing my turn, I called Chief Janes to inform him that Sergeant Cross was on the northwest corner of Ina and Thornydale. While I didn't see anyone else, I was focused on Sergeant Cross and did not check the other corners. Unfortunately, I was unable to take a photo of him.

# EXHIBIT 5



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

**MEMORANDUM**

**To:** Sheriff Chris Nanos

**From:** Captain Christy Anderson, Human Resources Division Commander *CA*

**Re: Cross and Padilla campaigning**

**Date:** October 23, 2024

On Saturday, October 12, 2024, at approximately 0852 hours, my husband, William Anderson, and I were headed to Udall Park with our son for his soccer game. As we were eastbound in the #3 lane at Sabino Canyon and Tanque Verde, I noticed a what appeared to be a male holding a sign wearing green BDU style pants, tan boots, a long sleeve tan polo shirt and was armed with a handgun on his right hip. I paid particular attention to his shirt to see if the Sheriff's Department logo was on the left chest area, but it was not. The reason for this is because I recognized the clothing to be the training uniform for the commissioned personnel of the Pima County Sheriff's Department. He was standing on the southwest corner of the intersection and the sign read, "DEPUTIES DON'T WANT NANOS". As we got to the corner, the male turned my direction and I immediately identified him as former deputy, Mauricio Padilla. I sent Chief Buddy Janes a text message letting him know what I had observed. I was concerned that a former deputy was trying to portray himself as a deputy to the public while campaigning against Sheriff Nanos. Mauricio worked for me in the San Xavier district several years ago. On his checkout day upon his retirement, I had a lengthy conversation with him in my office about what his plans were in retirement. I am certain this individual was in fact Mauricio Padilla.

On Monday, October 14, 2024, Captain Sharlene Reis told me that on her way into work that morning she observed Sergeant Aaron Cross of the Pima County Sheriff's Department on the northwest corner of Ina and Thornydale, by the Walgreens, holding up a sign that was similar to the one I saw former deputy Padilla holding on October 12th. She stated she was southbound on Thornydale, making a right-hand turn to go westbound on Ina Road, when she made eye contact with Sergeant Cross. I asked her if she got a picture of him and she said she had not. She stated he was wearing tan BDU style pants, boots, a gray shirt and armed with a handgun. I then contacted my husband at 0925 hours to see if he had left for work yet. He had not. I asked him if he would be willing to drive to the intersection of Ina and Thornydale to see if there was anyone at the intersection holding up signs like the ones we saw on October 12th. At 0939 hours, he texted me that there were two individuals at the intersection of Ina and Thornydale holding up signs. He said he would take pictures and send them to me. At 0941 hours, I received a picture of Sergeant Aaron Cross of the Pima County Sheriff's Department holding a sign in front of his chest that read, "DEPUTIES DON'T WANT NANOS". He appeared to be standing on the northwest corner of the intersection. He was wearing tan BDU style pants, brown boots and a light-colored t-shirt, which was tucked into his pants. He was armed with a handgun on his right hip and a handcuff and magazine pouch on his left hip. At 0945, I received a picture of a male with dark-colored hair, a goatee, wearing black rimmed sunglasses, a tan long sleeve polo shirt with a black undershirt. I believe this to be former deputy Mauricio Padilla. He was holding a sign that read, "DEPUTIES DON'T WANT NANOS" and he appeared to be talking to a woman wearing a black polo shirt and blue jeans. I provided the pictures of Sergeant Aaron Cross to Chief Janes.



Picture of former Dep. Mauricio Padilla
taken on Oct. 14, 2024 @ Ina/Thornydale.
C. Andar



Picture of Sgt. Aaron Cross @ Ina/Thornydale
Taken on Oct. 14, 2024   C. Anderson



Picture of Sgt. Aaron Cross @ Ina/Thornydale
taken on Oct. 14, 2024   C. Anders



Picture of Sgt. Aaron Cross
taken on Oct. 14, 2024 @ Ina / Thornydale.
C. Arden

# EXHIBIT 6



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

**MEMORANDUM**

**To:** Captain J.C. Navarro

**From:** Lieutenant B. Bernstein #5680

**Re:** **Sergeant A. Cross - October 15, 2024**

**Date:** October 22, 2024

On Tuesday, October 15, 2024, at approximately 1650 Hours I was travelling West on Ina Road, east of Thornydale Road.  I was stopped at a red light at that intersection in the #2 lane when I observed Sergeant Aaron Cross on the North West corner of the intersection, on the side walk.  Sgt. Cross was wearing a light grey polo shirt, beige Tactical Duty Uniform pants, and a black belt with holster and handgun.  He was carrying a green sign with the words 'Deputies Don't Want Nanos' up high for drivers to see.  He and I made eye contact and I progressed through the intersection a moment later; Sgt. Cross smiled.

I knew from the news one day prior that Sgt. A. Cross was on administrative leave for doing what I described above.  I immediately made telephonic contact with Chief Joseph Cameron.  He asked that I obtain a photo and text it to him.  I returned to the intersection and took several photos.  I sent them to Chief Cameron as soon as I cleared the intersection again.

Attachments:      Five Photos











# EXHIBIT 7



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

**MEMORANDUM**

**To:** Captian Juan Navarro #1379          **From:** Gerald Collis #51959

**Re: SAV Family Picnic and Protest**          **Date:** October 23, 2024

---

On the morning of October 12, 2024 at 0915 hours, I was on my way to the SAV Picnic at Udall Park.  In the car was myself and my wife, Carey Conzett.

In the vicinity of Sabino Canyon Road and Tanque Verde, we noted what appeared to be a Sheriff's Deputy waving a sign that read "Deputies Do Not Want Nanos". The person we noted was wearing Green BDU's and a long-sleeved tan shirt.

Upon arrival at the picnic, we mentioned this to Angie Fimbres.  Upon the arrival of Chief Cameron, I mentioned what I saw to him.


Gerald Collis

# EXHIBIT 8



# Pima County Sheriff's Department
## Chris Nanos, Sheriff

**To:** Captian Juan Navarro #1379        **From:** Carey Conzett #52294

**Re: SAV Family Picnic and Protest**        **Date:** October 23, 2024

MEMORANDUM

On the morning of October 12, 2024 at 0915 hours, I was on my way to the SAV Picnic at Udall Park.  In the car was me and my husband, Gerald Collis

In the vicinity of Sabino Canyon Road and Tanque Verde, we noted what appeared to be a Sheriff's Deputy waving a sign that read "Deputies Do Not Want Nanos". The person we noted was wearing Green BDU's and a long-sleeved tan shirt.

Upon arrival at the picnic, we mentioned this to Angie Fimbres.


Carey Conzett