IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as Captain of the Pima County Sheriff's Department,<br><br>        Defendants. | No. 4:24-cv-00506-RCC<br><br>**[PROPOSED] ORDER** |

After considering Plaintiffs' Motion For A Preliminary Injunction and Defendants' Response,

The Court finds that the conduct Plaintiffs seek to resume through injunctive relief is prohibited by the Hatch Act, as amended, applied to the Pima County Sheriff's Department ("Department") and Plaintiffs, including Department Sergeant Aaron Cross, because the Department is financed in whole or in part by federal funding. The Court further finds the conduct Plaintiffs seek to resume through injunctive relief is prohibited by established policies and regulations of Pima County and the Department. Lastly, the Court finds that Plaintiffs have not met their burden required before an injunction may be issued – a likelihood of success on the merits, Plaintiffs will suffer irreparable harm, balance of equities tips in Plaintiffs' favor, or an injunction is in the public interest.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is denied.