DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA – TUCSON

**Senior U.S. District Judge Raner C. Collins**  **Date: October 28, 2024**

**Case Number: CV-24-00506-TUC-RCC**

**Cross et al v. Nanos et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Steven Serbalik, Esq. | Richard Rollman, Esq. and Kevin Kristick, Esq. |

**PRELIMINARY INJUNCTION HEARING - ORAL ARGUMENT**

Mr. Serbalik argues to the Court.  Mr. Kristick argues in response.

The Court takes this matter **UNDER ADVISEMENT.**

Deputy Clerk: Lindsay Lowe  
Court Reporter: Erica Mcquillen

Start:   9:57 AM  
Stop:   10:41 AM  
44 minutes