# AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

STATE OF ARIZONA   )

COUNTY OF MARICOPA   )

Steven J. Serbalik, being duly sworn, deposes and says:

1. I am the attorney of record for the Plaintiffs, Aaron Cross and the Arizona Conference of Police and Sheriffs, and have personal knowledge of the facts set forth in this affidavit.

2. A copy of the Summons, Verified Complaint, Motion for Preliminary Injunction, and associated documents, were served upon Defendants via process server on October 21, 2024. Copies of the documents were emailed to Sean Holguin. The Court's Order was also emailed to Mr. Holguin and the Defendants' official Sheriff's Department email addresses on October 21, 2024.

3. More than twenty-one days have elapsed since the date on which the Defendants were served with the Summons, Verified Complaint and Court Order.

4. The Defendants have failed to answer Plaintiffs' Verified Complaint, or serve a copy of any answer upon the undersigned attorney of record for the Plaintiffs.

5. This affidavit is executed pursuant to the Federal Rule of Civil Procedure 55(a), in support of Plaintiffs' request for the entry of a default against Defendants for their failure to answer Plaintiffs' Complaint.

Dated: 11/13/24

_____
Steven J. Serbalik

Sworn to before me this 13 day of NOVEMBER, 2024.

_____
Notary Public

DUSTIN BRYAN
Notary Public - Arizona
Maricopa County
Commission # 652350
My Comm. Expires Aug 5, 2027

3