**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>                                              Plaintiffs,<br><br>v.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as a Captain of the Pima County Sheriff's Department.<br><br>                                              Defendants. | NO. CV-24-00506-TUC-RCC<br><br>**ENTRY OF DEFAULT** |

     Plaintiffs Aaron Cross and the Arizona Conference of Police and Sheriffs request that the clerk of the court enter default against defendants Chris Nanos and Juan Carlos Navarro pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to plead, or otherwise defend, the default of defendants Chris Nanos and Juan Carlos Navarro is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

     Dated this _____ day of _____, 2024.

                                                                                              _____

                                                                             Debra D. Lucas, Clerk of Court