**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as a Captain of the Pima County Sheriff's Department.<br><br>Defendants. | NO. CV-24-00506-TUC-RCC<br><br>**CERTIFICATE OF SERVICE** |

I, Steven J. Serbalik, hereby certify that I am of such age and discretion as to be competent to serve papers. I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in postage-paid envelopes addressed to the defendants at the at the address stated below, which is the last known address of said defendants, and deposited said envelopes in the US mail. I further certify that I will transmit an ECF-stamped copy via email to attorney Kevin Kristick of Bosse Rollman PC, who represented Defendants regarding the preliminary injunction previously adjudicated by the Court.

| | |
|---|---|
| 1 | Mailing Address:   1750 E. Benson Hgy |
| 2 | Tucson, AZ 85714 |

Dated this 13th day of November, 2024.

/s/ Steven J. Serbalik