Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone:  (480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Aaron Cross and the*
*Arizona Conference of Police and Sheriffs, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>                                    Plaintiffs,<br><br>            v.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as a Captain of the Pima County Sheriff's Department.<br><br>                                    Defendants. | NO. CV-24-00506-TUC-RCC<br><br>**WITHDRAWAL OF PLAINTIFFS' MOTION FOR CLERK'S ENTRY OF DEFAULT** |

After filing Plaintiffs' Application for Default, counsel for Plaintiffs was contacted by counsel for defendants. Due to an unforeseeable, emergency circumstance, Defendants did not answer or respond by the applicable deadline. Plaintiffs therefore respectfully request that the Clerk take no action on the Application for Default at this time and Plaintiffs withdraw their prior filing [Doc. 13].

The parties anticipate that the Defendants will answer or otherwise respond by Monday, November 18, 2024.

RESPECTFULLY SUBMITTED this 13th day of November, 2024.

**STEVEN J SERBALIK, P.L.C.**

By:    /s/Steven J. Serbalik
       Steven J. Serbalik
       4925 E. Desert Cove Ave #116
       Scottsdale, Arizona 85254
       *Attorney for Plaintiffs Aaron Cross and the*
       *Arizona Conference of Police and Sheriffs, Inc.*