1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**BOSSÉ ROLLMAN PC**
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719    520.320.1300

Richard M. Rollman SB#004116
rollman@bosserollman.com
Kevin J. Kristick SB#033070
kristick@bosserollman.com
Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>             Plaintiffs,<br><br>vs.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as Captain of the Pima County Sheriff's Department,<br><br>             Defendants. | No. 4:24-cv-00506-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Under Order entered January 6, 2025 (Doc. 18) ("Order"), the parties submit this brief Joint Settlement Status Report ("Report").

The parties have not engaged in settlement discussions. Plaintiffs plan to conduct some discovery and amend their Complaint. Defendants plan to file dispositive motions once this discovery is complete.

The parties represent this Report is not the product of bad faith or delay. The parties will supplement this Report as required by the Order, if not sooner if positive developments are made.

....

....

....

RESPECTFULLY SUBMITTED April 3, 2025.

BOSSÉ ROLLMAN PC

By: /s/ Kevin J. Kristick
Richard M. Rollman
Kevin J. Kristick
Attorneys for Defendants

STEVEN J. SERBALIK, P.L.C.

By: /s/ Steven J. Serbalik (*with permission*)
Steven J. Serbalik
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven J. Serbalik
STEVEN J. SERBALIK, P.L.C.
Unit 116
4925 East Desert Cove Avenue
Scottsdale, Arizona 85254
steveserbalik@gmail.com
Attorneys for Plaintiffs

By: /s/ Bille Jo Labby

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719    520-320-1300