Steven J. Serbalik, Bar #028191
Steven J. Serbalik PLC
4925 E. Desert Cove Avenue, Unit 116
Scottsdale, AZ 85254
(480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Aaron Cross and
the Arizona Conference of Police and Sheriffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br>v.<br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as Captain of the Pima County Sheriff's Department,<br>Defendants. | No: 4:24-cv-00506-RCC<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' NOTICES OF DEPOSITION** |

Plaintiffs, pursuant to LRCiv. 5.2 and FRCP 30, hereby give notice that on November 24, 2025, they served their Notices of Deposition for Sheriff Chris Nanos and Captain Juan Navarro.

RESPECTFULLY SUBMITTED this 24th day of November, 2025.

**STEVEN J. SERBALIK P.L.C.**

By: /s/ Steven J. Serbalik

|  |
|---|
| Steven J. Serbalik |
| *Attorney for Plaintiffs Aaron Cross and the Arizona Conference of Police and Sheriffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 24, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF participants:

Richard M. Rollman
Kevin J. Kristick
BOSSE ROLLMAN PC
2507 N. Campbell Ave Suite 111
Tucson, Arizona 85719
rollman@bosserollman.com
kristick@bosserollman.com
Attorneys for Defendants

/s/ Steven J. Serbalik