# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, et al., | No. CV-24-00506-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| Chris Nanos, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Stipulation for Extension of Time. (Doc. 55.) Plaintiffs request a two-week extension of time to file their Response to Defendants' Motion for Summary Judgment (Doc. 49). (*Id.*) Having reviewed the stipulation, and with good cause appearing,

**IT IS ORDERED** that Plaintiffs' Stipulation for Extension of Time is **GRANTED**. (Doc. 55.)  Plaintiffs shall file their Response to Defendants' Motion for Summary Judgement (Doc. 49) on or before **May 20, 2026**.

Dated this 1st day of May, 2026.

Honorable Raner C. Collins
Senior United States District Judge