## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, et al., | No. CV-24-00506-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| Chris Nanos, et al., | |
| Defendants. | |

Before the Court is the Parties' Stipulation for Defendants to Respond to PSOF Additional Facts by Separate filing. (Doc. 59.) Having considered the stipulation, and finding good cause to grant the relief requested,

**IT IS ORDERED** that the Stipulation is **GRANTED**. (Doc. 59.)

**IT IS FUTHER ORDERED** Defendants may respond to Plaintiffs' Statement of Facts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Doc. 58) ("PSOF"), specifically PSOF ¶¶ 1–51 (p. 2–10) ("Additional facts"), by separate filing rather than within Defendants' Reply in Support of Motion for Summary Judgment ("Reply"). The separate filing and Reply must be filed by the current deadline for the Reply, June 4, 2026. Defendants may not respond to Plaintiffs' Response to Defendants' Statement of Facts, specifically PSOF ¶¶ 1–31 (p. 10–15), by separate filing and must respond to those facts within the Reply.

Dated this 27th day of May, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge