# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Aaron Cross, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-24-00506-TUC-RCC

**ORDER**

**IT IS ORDERED** setting **ORAL ARGUMENT** on Defendant's Motion for Summary Judgment (Doc. 49) for **September 1 from 1:30 p.m. to 2:30 p.m.** before the Honorable Raner C. Collins in Courtroom 6D, 405 W. Congress Street, Tucson, Arizona 85701. For any logistical inquiries, the parties may email the Courtroom Deputy, Allison Siquieros at: Allison_Siquieros@azd.uscourts.gov.

Dated this 18th day of August, 2026.

Honorable Raner C. Collins
Senior United States District Judge