Steven J. Serbalik, Bar #028191
Steven J. Serbalik PLC
4925 E. Desert Cove Avenue, Unit 116
Scottsdale, AZ 85254
(480) 269-1529
steveserbalik@gmail.com
*Attorney for Plaintiffs Aaron Cross and*
*the Arizona Conference of Police and Sheriffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Juan Carlos Navarro, in his official capacity as Captain of the Pima County Sheriff's Department,<br><br>Defendants. | No: CV-24-00506-TUC-RCC<br><br>**Stipulated Motion to Continue the September 1, 2026 Oral Argument.** |

On August 19, 2026, the Court issued an Order setting Oral Argument on Defendants' Motion for Summary Judgment for September 1, 2026 at 1:30PM [Doc. 66]. Counsel for Plaintiffs has an unavoidable professional conflict, as he will be arguing before the Arizona Supreme Court in the matter of *Blunt, et. al. v. Town of Gilbert, et. al.* (CV-26-0106-CQ) on that same day. The parties conferred, and respectfully request that the oral argument in this matter be continued, and also submit that they would be

available on September 10, 2026 for a resetting of the oral argument, should the Court be available on that date.

RESPECTFULLY SUBMITTED this 21st day of August, 2026.

**STEVEN J. SERBALIK P.L.C.**

By: /s/ Steven J. Serbalik

Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Aaron Cross and the Arizona Conference of Police and Sheriffs*

**BOSSÉ ROLLMAN PC**

By: /s/ Kevin J. Kristick (*w/permission*)

Kevin J. Kristick
*Attorneys for Defendants*