**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aaron Cross, et al.,

Plaintiffs,

v.

Chris Nanos, et al.,

Defendants.

No. CV-24-00506-TUC-RCC

**ORDER**

Before the Court is Plaintiffs' Stipulated Motion to Continue September 1, 2026 Oral Argument. (Doc. 67.) Having reviewed the motion, and with good cause appearing,

**IT IS ORDERED** that the **ORAL ARGUMENT** set for September 1, 2026 at 1:30 p.m. is **VACATED** and **RESET** for **September 14, 2026 from 9:00 a.m. to 10:00 a.m.**

Dated this 24th day of August, 2026.

Honorable Raner C. Collins
Senior United States District Judge