**DISTRICT JUDGE'S CIVIL MINUTES**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA – TUCSON**

**Senior U.S. District Judge Raner C. Collins** **Date: September 14, 2026**

**Case Number: CV-24-00506-TUC-RCC**

**Cross et al v. Nanos et al**

| **APPEARANCES:** | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | **Steven Serbalik, Esq.** | **Kevin Kristick, Esq.** |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. 49)**

Plaintiff Aaron Cross is present. Defendant Juan Carlos Navarro is present.

Counsel argue to the Court.

The Court takes this matter **UNDER ADVISEMENT.**

Deputy Clerk: Jennifer McCarthy
Court Reporter: Erica McQuillen

Start: 9:00 AM
Stop: 10:07 AM
1 hour 7 minutes